Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC; TIBRIO, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>NICHOLAS FIORENTINO, an individual; SABIHA TUDESCO, an individual; INTERNET THINGS, LLC; SIMPLY SWEEPS, LLC; CREDIREADY, LLC; TWO MINUTE MEDIA TOPICS, LLC; and DOES 1-100, inclusive, <br><br>Defendants. | **Case No.** 19cv0458-JLS-NLS <br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br>Date:     May 2, 2019 <br>Time:     1:30 p.m. <br>Dept.:    4D <br>Judge:    Hon. Janis L. Sammartino |

TO DEFENDANTS AND HIS/HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at May 2, 2019, at 1:30p.m., or soon thereafter as counsel may be heard, in the courtroom of the Honorable Judge Janis L. Sammartino, located at Edward J. Schwartz United States Courthouse 221 West Broadway San Diego, CA 92101, Courtroom 4D, Plaintiffs will move for an order for a temporary restraining order and preliminary injunction pursuant to Federal Rules of Civil Procedure, rule 65 restraining Defendants and their officers, agents, servants, employees and attorneys, and all those in active concert or participation with you or them from contacting or conducting any business with:

1

1.  Net60, Inc.
2.  Digital Branding, LLC
3.  Citadel Marketing Group
4.  Carefree Health Services, Inc.
5.  Main Street Direct, LLC
6.  Peak Performance Partners, Inc.
7.  KPNetwork, LLC
8.  ArcaMax Publishing, Inc.
9.  Quantum 3 Media, LLC
10. Bear Network, LLC
11. Little Brook Media
12. BirdDog Media, LLC
13. Crisp Marketing, LLC
14. Puzz.com LLC
15. Power Source Marketing LLC
16. Metrix Holdings, LLC
17. SBG Media, Inc.
18. American Wellness & Medical Supplies
19. DMi Partners, Inc.
20. Trusted Medical Group
21. FlatIron Media, LLC
22. Prizm Media, Inc. (Homecareleads.com)
23. Fluent, Inc.
24. Quality Health, Inc./Sharecare, Inc.
25. AdPrime Media Inc.
26. Ifficient
27. Engage Logic, Inc.

| | | |
|---|---|---|
| 28. | Digital Media Solutions Group/Forte Media/W4 | |
| 29. | Frischman Enterprises, Inc. | |
| 30. | Zeta Interactive Corp | |
| 31. | Aramis Interactive LLC | |
| 32. | Epsilon Data Management, LLC | |
| 33. | What If Holdings LLC/All Inbox | |
| 34. | Optimal Fusion, Inc. | |
| 35. | NetSpend Corporation | |
| 36. | Tiburon Media Group | |
| 37. | Publishers Clearing House | |
| 38. | Rex Direct Net, Inc. | |
| 39. | Direct Media Partners | |

This motion will be made on the ground that immediate and irreparable injury will result to Plaintiffs unless the activities described above are enjoined pending trial of this action, and will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the declarations of Stephan Goss and Shayne Cardwell attached hereto.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated: April 4, 2019

*s/ Christopher S. Morris*  
Christopher S. Morris, Esq.  
cmorris@morrislawfirmapc.com  
Attorneys for Plaintiffs