

JOEL M. SIMON, Esq.  (SBN 82846)
*jms@asfgslaw.com*
LIAT COHEN, Esq. (SBN 170267)
*lc@asfgslaw.com*
ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP
15760 Ventura Boulevard, Suite 1520
Encino, CA 91436-3026
(818) 501-3100 & Facsimile (818) 461-0559

DAN S. LEVINSON, Esq.  (SBN 167659)
*dan@levinsonstocktonllp.com*
Levinson Stockton LLP
990 Highland Drive, Suite 206
Solana Beach, California 92075
(858) 810-8852 & Facsimile (858) 792-1106

Attorneys for Defendants, Nicholas
Fiorentino, Sabiha Tudesco, Internet
Things, LLC, Simply Sweeps, LLC,
CrediReady, LLC, and Two Minute
Media Topics, LLC

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC; TIBRIO, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS FIORENTINO, an individual; SABIHA TUDESCO, an individual; INTERNET THINGS, LLC; SIMPLY SWEEPS, LLC; CREDIREADY, LLC; TWO MINUTE MEDIA TOPICS, LLC; and DOES 1-100, inclusive, <br><br> Defendants. | **CASE NO.:** 3:19-cv0458–JLS-NLS <br><br> **RESPONSE TO DECLARATION OF STEPHAN GOSS IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

I, Doug Bania, Declare:

1.      I am a founding principal of Nevium Intellectual Property Consultants. Nevium specializes in developing IP strategies, IP valuation, infringement investigation and providing expert testimony. I am experienced with social media and Internet analytics, analysis of IP infringement on websites, Google Ads, social media, SEO and online advertising. My CV is attached at Schedule 3.

2.      I have been asked by Alperstein, Simon, Farkas, Gillin & Scott, LLP ("Counsel") to review the Declaration of Stephan Goss dated April 3, 2019 (the "Goss Declaration"). Specifically, I was asked to review Exhibit D of the Goss Declaration ("Exhibit D") and investigate if the components and aspects of the websites built by Zeetogroup, LLC ("Zeeto") highlighted by Mr. Goss are unique to Zeeto. Exhibit D is titled "SimplySweeps vs Zeeto, Side by side comparison" and appears to compare components of websites built by Zeeto with components of websites built by Internet Things, LP fka Internet Things, LLC and of each of the remaining entity defendants, SimplySweeps, LP fka SimplySweeps, LLC CrediReady, LP fka CrediReady, LLC) and Two Minute Media Topics, LP fka Two Minute Media Topics, LLC, collectively referred to as "Internet Things" each a subsidiary entity to Internet Things). I reserve the right to amend and supplement my declaration upon the receipt of additional information, data, or deposition testimony as that information is provided to me. I also reserve the right to provide rebuttal analyses with respect to any expert reports or opinions submitted at a later date.

3.      For this Declaration my analysis consists of:

- Review of the comparisons made in Goss' Exhibit D; and
- Investigations to determine if the features and website components shown in Exhibit D are unique to Zeeto.

4.      The documents relied upon for my investigation are listed at Schedule

2. For my analysis, when using Google Search to investigate Exhibit D, I performed the following four steps:

    A. Launched Apple's Safari browser version 12.0.3;

    B. Confirmed I was logged out of all Google accounts;

    C. Clicked on the File dropdown menu in Safari and chose New Private Window; and

    D. Navigated to google.com and performed my search. I have notated any variation of this step 4 in the report below.

These steps are important when conducting investigations in Internet-related disputes because they ensure the Google Search user receives the closest to unbiased search results as possible. These results ensure the investigation will not be influenced by past search history or various Google profiles. If these steps are not followed, the results would likely be biased by past search histories and existing user profiles.

5. Exhibit D consists of 19 pages that appear to make 17 comparisons between a Zeeto website and an Internet Things website. I have investigated each of the 17 comparisons in Exhibit D in the sections that follow.

6. Goss' Comparison #1: Exhibit D, Page 2 –Use of "win". The Goss Declaration highlights the use of the win subdomain. Goss states: *"Zeeto has consistently used the subdomain "win" for sweepstakes properties."* This statement appears to imply Zeeto claims ownership of, or exclusive rights to use a "win." subdomain and that Internet Things should be precluded from using a "win." subdomain for sweepstakes-related websites.

7. Domain Names. The Internet is comprised of domain names which use a text-based label system that is easier to remember than numerical addresses.[1] A domain name is comprised of three parts:

---

[1] https://www.website.com/beginnerguide/domainnames/8/1/what-is-a-domain-name?.ws

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

A.      Subdomain;

B.      Second level domain (SLD); and

C.      Top-level domain (TLD).

8.      Subdomain Names.  A subdomain is a subset of a larger domain. Although "www" is a typical and commonly used subdomain, creating and setting up different subdomains, such as "win." is an option for all domain name owners. An example is show at Figure 1.

*Figure 1*



9.      "Win." subdomain names appear to be quite commonly used on the internet. Many of them are typically used by companies who are having a sweepstake or a raffle for a prize; essentially, a website focused on winning something. The use of a win subdomain gives a website a separate section of the site dedicated to an offer or contest to win something. Setting up a "win." subdomain is a simple process for website developers.

10.      As an example, I am an owner of my firm Nevium. LLC and have registered the domain name: nevium.com through the domain registrar GoDaddy. Prior to April 2019, I had not created a "win." subdomain for Nevium.com. To create a win subdomain for Nevium, I performed the following steps shown in Figure 2:

///
///
///
///
///
///

1   ///

2                              *Figure 2*

3       A.  Logged into my GoDaddy account;

4       B.  Navigated to the Nevium.com
            management section;

5       C.  Clicked on the Domain Name
            System (DNS) button;

6

7       D.  Scrolled down to the forwarding
            section, and

8       E.  Added a win subdomain.



9

10

11  The subdomain webpage "win.nevium.com" is now live and can be visited through

12  any Internet browser. The ease of establishing a 'win.' subdomain indicates use of

13  "win." subdomains is not the exclusive right of Zeeto.

14      11.    To further investigate the use of "win." subdomains I searched Google

15  seeking other websites using "win." subdomains. Searching "win." in Google

16  provided the ten auto suggestions shown at Figure 3.

17                              *Figure 3*

18

19

20

21

22

23

24

25

26      The suggestions ranged from "win. domain" to "winmail." After pressing

27  return on my keyboard to complete the search, I was presented with over 10 billion

28

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

5

results.[2]

12.     Due to the large amount of search results, I used the Google advanced search parameter "site:win.*"[3] to search for specific websites that use a win. subdomain. The search term "site:" tells Google to search for specific websites. The combination of "site:win." tells Google to return results for specific websites that use a win. subdomain. The * is a wildcard for an entire word. It instructs Google to treat the * as a placeholder for any unknown term and then to return the best matches all sites that use a "win." subdomain as shown in Figure 4.

13.     The search query "site:win.*" returned 1,490,000 results.[4] Based on the large amount of search results I looked through several of the websites and noticed many were using the .gs TLD which is related to South Georgia and the South Sandwich Islands located in the British Overseas Territory in the southern Atlantic Ocean.[5] In order to exclude websites with the .gs TLD, I revised my search to "site:win.* -win.gs" which returned 1,360,000 results.[6]

*Figure 4*



Using **"site:"** Tells Google that we want to search specifically for a website or websites

site:win.* -win.gs

Prefixing a search term with a "-" tells Google to **exclude** whatever term follows the "-". In our case adding "**-win.gs**" tells Google to exclude any results from the domain win.gs

Adding **"win.*"** Tells Google to **only** return results from websites that include "win." in the domain name. The asterisk is a wildcard, which tells Google that anything after the "win." portion of the domain should be included in the search results.

14.     Paging through the results I found five "win." subdomain websites focused on a giveaway or sweepstakes. Three of the five sites had multiple win subdomain websites as shown below and at Schedule 1:

---

[2] Document 3: win - Google Search
[3] https://support.google.com/websearch/answer/2466433?hl=en
[4] Document 4: site/win.* - Google Search
[5] https://www.name.com/domains/gs
[6] Document 5: site/win.* -win.gs - Google Search

6

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

- **win.wallstreetwinning.com** – Using the site:win.wallstreetwinning.com Google Search shows wallstreetwinning.com has used a win. subdomain on 38 webpages.[7]
- **win.musclecarfan.com** – Using the site:win.musclecarfan.com Google Search shows musclecarfan.com has used a win. subdomain on 366 webpages.[8]
- **win.capitalfm.com/nowtv2019** – Using the site:win.capitalfm.com Google Search shows capitalfm.com has used a win. subdomain on 132 webpages.[9]
- **Win.hellonomad.com** - Using the site:win.hellonomad.com Google Search shows hellonomad.com has used a win. subdomain on 1 webpages.[10]
- **Win.beelaugh.com** - Using the site:win.beelaugh.com Google Search shows beelaugh.com has used a win. subdomain on 1 webpages.[11]

My investigation of "win." subdomains indicated over 1 million websites use a "win." Subdomain, and that several of these websites are hosting a sweepstakes and use multiple iterations of "win." subdomains. Therefore, it appears the use of a "win." subdomain is not unique to Zeeto and is commonly used by many different website owners and developers.

15.     Goss' Comparison #2:  Exhibit D, Pages 3 through 5- Multi-Step. The Goss Declaration states Zeeto's website uses a multi-step form containing unique submit button design elements. This statement appears to imply Zeeto claims ownership of, or exclusive rights to use multi-step forms or multi-step forms with specific submit button design elements, and that Internet Things should be precluded from using multi-step forms or submit buttons with certain design elements.

---

[7] Document 6: site/win.wallstreetwinning.com - Google Search
[8] Document 7: site/win.musclecarfan.com - Google Search
[9] Document 8: site/win.capitalfm.com - Google Search
[10] Document 9: site/win.hellonomad.com - Google Search
[11] Document 10: site/win.beelaugh.com - Google Search

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

Multi-step forms are used on websites to collect a visitor's personal information in multiple steps. Use of multiple steps attempts to avoid overwhelming users with one long personal form. HubSpot, a leading developer of software products for inbound marketing and sales, defines a multi-step form as:

> *A multi-step form is a long form that is broken into multiple pieces. They're used to make long forms, such as shipping or registration forms, less intimidating and daunting. By allowing customers and leads to complete their information in smaller chunks, you create a positive user experience and increase conversions.*[12]

16.     I used Google to search "multi step form" and was provided ten auto suggestions as shown in Figure 5 below. The suggestions ranged from a "multi step form builder" to "multi step form examples." The fact Google is providing the ten related search queries indicates Internet users frequently search for information related to multi-step forms.



Figure 5

17.     After submitting the search for "multi step form" I was presented with over 357 million results ranging from Google Ads touting the ease of creating forms with no coding required to organic results showing websites selling multi-step form builders and tutorials describing how to build nice-looking multi step

---

[12] Document 11: What is Inbound Marketing? | HubSpot

CASE NO. 3:19-cv0458-JLS-NLS

forms.[13]  I clicked on the organic search result titled *How to Create a Form with Multiple Steps – W3Schools* because it was the first non-plug in organic result. W3Schools is a web developer site that includes tutorials and references for learning web programming as shown in Figure 6:[14]

*Figure 6:  Google Search result for W3Schools*

How To Create a Form With Multiple Steps - W3Schools

https://www.w3schools.com/howto/howto_js_form_steps.asp ▾

<form id="regForm" action=""> <h1>Register:</h1> <!-- One "tab" for each **step** in the **form**: --> <div class="tab">Name: <p><input placeholder="First name.

Clicking on this search result, I was taken to a W3Schools web page that had a multi-step form wizard.[15] The multi-step form was shown at the top of the webpage and included four steps. The code for each step was included on the webpage. I then clicked on the green "Try it Yourself" button and was taken to a related webpage that allowed me to modify the html and see the changes in the multi-step form example.[16] I then copied the code and pasted into my win.nevium.com webpage and the multi-step form appeared on my website.[17]

18.    Another tool I used to determine if the use of multi-step forms are unique to Zeeto is the Google Ads Keyword Planner, which is a free, publicly available tool that shows the average monthly Google searches and pay-per-click costs for various keywords and phrases.[18] I used this tool to find out if there were monthly searches for multi-step forms and if so, were there advertisers paying for Ads related to the multi-step form key phrase.

19.    The phrase "multi step form" is searched 1,000 – 10,000 times per

---

[13] Document 12: multi step form – Google Search

[14] https://www.w3schools.com/about/default.asp

[15] https://www.w3schools.com/howto/howto_js_form_steps.asp

[16] https://www.w3schools.com/howto/tryit.asp?filename=tryhow_js_form_steps

[17] http://win.nevium.com/

[18] https://ads.google.com/home/tools/keyword-planner/

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

month in the United States and the pay-per-click price ranges from $1.17 - $5.90.[19] The large number of searches per month, shows that multi step forms are not unique to Zeeto. The pay-per-click rates, show there is a competitive market place for companies placing Google Ads and these companies are willing to pay $1.17 - $5.90 per click for the term "multi step form."

20.     My investigation of multi-step forms indicated that they are used on many websites across the internet. The code for building the forms is free and easy to use. Therefore, it would appear the use of multi-step forms is not unique to Zeeto's and is commonly used by many different website owners and developers.

21.     Goss' Comparison #3:  Exhibit D, Page 3- Buttons.  The Goss Declaration highlights the use of submit buttons that include the word continue with a right arrow. This statement appears to imply Zeeto claims ownership of, or exclusive rights to use submit buttons that include the word continue with a right arrow, and that Internet Things should be precluded from using submit buttons that include the word continue with a right arrow for sweepstakes-related websites.

22.     Websites across the Internet use buttons to assist their visitors in navigating their website. Businesses want their customers to be able to easily navigate their website without getting lost. To start my investigation to determine if a continue button with an arrow is unique to Zeeto, I performed a simple Google image search for the phrase "continue button." I chose not to include the word arrow to obtain a better understanding of how web developers are using continue buttons.

23.     The Google search for "continue button" resulted in over 1 billion results.[20] I then clicked on the Images link which is located at the top left of the page, directly underneath the search field as shown at Figure 7.

_____

[19] Document 13: Google Keyword Planner

[20] Document 14: continue button - Google Search

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

1

*Figure 7*



2

3

4   24.   The Image search results included various types of continue buttons in

5   numerous shapes and colors.[21] Scrolling through the results reveled that there are

6   many continue buttons that use a right arrow. I clicked on the first image that

7   looked the most like the Zeeto button highlighted on page 3 of Exhibit D as shown

8   at Figure 8.

9

10   *Figure 8*

11

12

13

14   Clicking on this button takes me to a website called Dribble which is a community

15   of designers sharing screenshots of their work, process, and projects in hopes of

16   getting hired as a freelance web developer.[22] This particular continue button was

17   designed by a dribble user named Slandry who is a User Experience and Interaction

18   Designer.[23] Slandry appears to have dozens of images for sale, including an orange

19   continue button, with rounded corners and an arrow.

20   25.   Refining my Google search to "continue buttons with arrow" resulted

21   in 70 million results.[24] I then clicked on the Google Images link which revealed

22   numerous companies ranging from Adobe to Shutterstock selling continue buttons

23   with arrows.[25]

24

25

26   [21] Document 15: continue button – Google Image Search

[22] https://dribbble.com/about

27   [23] Document 16: Dribble Continue Button

28   [24] Document 17: continue button with arrow - Google Search

[25] Document 18: continue button with arrow - Google Image Search

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

CASE NO. 3:19-cv0458-JLS-NLS

26.     My investigation of "Continue Buttons with Arrows" indicated that they are used on many websites across the Internet and companies such as Adobe are selling them. Therefore, it would appear the use of continue buttons with arrows is not unique to Zeeto and is commonly created and sold by freelance graphic designers and large companies such as Adobe.

27.     Goss' Comparison #4:  Exhibit D, Page 6-Customised Setp Headline, The Goss Declaration states Zeeto's website uses a "customized step headline." This statement appears to imply Zeeto claims ownership of, or exclusive rights to use, customized step headlines with its multi-step forms, and that Internet Things should be precluded from using such headlines with multi-step forms on its websites.

28.     The goal for business owners using websites is to move the internet visitor or customer through the sales process as quickly and easily as possible. One way to ensure a smooth interaction with a website that is using multi-step forms is to create unique headline each step of the way.

29.     To start my investigation to determine if the use of customized headlines on multi-step forms is unique to Zeeto, I performed a Google image search for the phrase "multi step form headlines" which returned approximately 28 million results.[26] The results included topics ranging from "Why multi-step lead forms get up to 300% mover conversions" to "19 form design best practices to get more conversions + examples."

30.     I clicked on the "A multi-step form – Instapage" search result shown at Figure 9.

*Figure 9*

A multi-step form - Instapage
https://instapage.com/blog/multi-step-form-examples ▾
Oct 22, 2018 - Learn from these **multi-step forms** examples to reduce friction, persuade ... The **headline** states how many steps are involved with signing up, ...

---

[26] Document 19: multi step form headlines - Google Search

CASE NO. 3:19-cv0458-JLS-NLS

Clicking on this search result took me to instapage.com which is all-in-one landing page solution company.[27] The exact page is titled "Learn How to Reduce Landing Page Friction with These 8 Multi-Step Form Examples." This article explains what multi-step forms are and provides several examples.[28] They specifically discuss the use of headlines:

> *The headline states how many steps are involved with signing up, so prospects know immediately what it entails. Then, each of the steps is clearly labeled with a section header to easily guide visitors through to completion.*

31.     As stated, the goal for business owners using websites is to move the Internet visitor or customer through the sales process as quickly and easily as possible. This article gives suggestions related to creating headlines that show the Internet visitor how many steps are involved and headlines that are clearly labeled each step of the way.

32.     Continuing my investigation of multi-step form headlines, I modified my search to "multi step form" "headlines" which instructed Google to only return results that included the words "multi step form" + "headlines," which returned over 9,500 results.[29] The first ten result topics ranged from "take advantage of your headlines" to "a good use of headlines."

33.     My investigation of "customized step headline" suggested that this process is common practice for users creating custom multi step forms. This customization follows the theme of website owners needing to guide their users through the process of navigating their website. Therefore, it would appear the use of a "customized step headline" is not unique to Zeeto and is common practice for

[27] https://instapage.com/about
[28] https://instapage.com/blog/multi-step-form-examples
[29] Document 20: "multi step form" "headlines" - Google Search

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

websites using multi step forms.

34.    Goss' Comparison #5:  Exhibit D, Page 7 – Rounded Corners.  The Goss Declaration states that Zeeto's website uses "rounded corners" on their input areas of their website. This statement appears to imply Zeeto claims ownership of, or exclusive rights to use of rounded corners with its multi-step forms and that Internet Things should be precluded from using such rounded corners with multi-step forms on its websites.

35.    To start my investigation to determine if rounded corners on multi step forms is unique to Zeeto, I analyzed Zeeto's html "win.indiasamples.in/a/PGIN03/2" that was shown on page 2 of Exhibit D. Pasting the above html into my Safari browser brought me to a "Win a ₹10,000 Amazon Giftcard!" webpage.[30] I then clicked on the Safari dropdown menu "Develop" and chose "Show Page Source" as shown at Figure 10.

*Figure 10*



36.    Line 69 of the code shown at Figure 11 shows that the site is using a free and open-source service called Bootstrap. Bootstrap provides predesigned code to assist web developers with building websites.[31] As it relates to Zeeto and as shown in line 69 of their code, Zeeto is using Bootstrap to style the form shown on

---

[30] Document 21: Enter to Win! | Sweepstakes

[31] https://themes.getbootstrap.com/official-themes/

CASE NO. 3:19-cv-0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

this webpage which includes the rounded corners on the input fields.

*Figure 11*

```
68  </style>
69  <link rel="stylesheet" href="//cdn.jsdelivr.net/bootstrap/3.3.7/css/bootstrap.css" media="all" />
70  <style media="all">
```

37.    While reviewing the Bootstrap website, I reviewed an example, show at Figure 12, for a form that was built entirely with Bootstrap and includes rounded corners by default.[32]

*Figure 12*



38.    My investigation of "rounded corners" shows that Zeeto is using Bootstrap for their rounded corners; therefore, this style of button was not created by Zeeto. Therefore, it would appear the use of a "rounded corners" is not unique to Zeeto and is common practice for websites using multi step forms.

39.    Goss' Comparison #6:  Exhibit D, Page 7 – Email Terms.  The Goss Declaration states Zeeto's website uses Email Terms. This statement appears to

---

[32] https://getbootstrap.com/docs/4.3/examples/checkout/

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

imply Zeeto claims ownership of, or exclusive rights to use email terms and that Internet Things should be precluded from using such terms on its websites.

40.    The CAN-SPAM Act that was signed by President George W. Bush in 2003 requires website owners have a Privacy Policy and Terms & Conditions displayed when an internet user's email address is being collected.[33]

41.    My investigation of "email terms" shows that all websites, not only Zeeto's website, are required by law to include a Privacy Policy and Terms & Conditions when collecting an internet users' email address. Therefore, it would appear the use of "email terms" is not unique to Zeeto and is common practice for websites collecting personal data.

42.    Goss' Comparison #7:  Exhibit D, Page 8-TCPA Phone Consent.  The Goss Declaration states Zeeto's website uses a TCPA Phone Consent which provides automatic opt-in and consent by not having users select a checkbox. This statement appears to imply Zeeto claims ownership of, or exclusive rights to use a TCPA Phone Consent which provides automatic opt-in and consent by not having users select a checkbox, and that Internet Things should be precluded from using this.

43.    My investigation of "TCPA Phone Consent" shows that all websites, not only Zeeto's website, include these terms when collecting a telephone number from Internet users. Therefore, it would appear the use of a "TCPA Phone Consent" is not unique to Zeeto's website and is common practice for websites collecting personal data.

44.    Goss' Comparison #8:  Exhibit D, Page 9 –Customized Step Headline. The Goss Declaration states Zeeto's website uses a "Customized Step Headline" which is headline text customized for each step. The statement "Experimenting with different tones to provide the most optimal" appears to imply Zeeto has some

_____

[33] https://www.ftc.gov/tips-advice/business-center/guidance/can-spam-act-compliance-guide-business

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

proprietary claim to use of unique headlines for each step in a multi step form.

45.     It is not clear what Exhibit D is implying or alleging with this statement. He might be describing Split Testing or A/B testing which is a method for testing headlines to determine which one receives the most clicks. If Exhibit D is implying Zeeto claims ownership of, or exclusive rights for A/B Testing and that Internet Things should be precluded from using A/B Testing or customized headline text, it should be noted that A/B Testing and customized text have been common practice for many years. Google engineers became pioneers in A/B testing in 2011.[34] Publishers have used headlines customized to catch a reader's attention since the early days of newspapers.  Therefore, it is unlikely Zeeto can support its claim of proprietary or exclusive rights to either A/B Testing or customized headlines.

46.     Goss' Comparison #9:  Exhibit D, Page 10 – Color blocked toggles. The Goss Declaration states Zeeto's website uses Color-blocked toggles for improved UI and 99% conversion. This statement appears to imply Zeeto claims ownership of, or exclusive rights to use, Color-blocked toggles, and that Internet Things should be precluded from using them.

47.     To start my investigation to determine if Color-blocked toggles is unique to Zeeto, I performed a Google search for Color blocked website toggles which resulted in over 40 million results.[35] I clicked on the result shown at Figure 13 for How to Create a Toggle Switch – W3Schools.

*Figure 13*

How To Create a Toggle Switch - W3Schools
https://www.w3schools.com/howto/howto_css_switch.asp ▾
Well organized and easy to understand Web building tutorials with lots of examples of how to ... Learn how to create a "**toggle** switch" (on/off button) with CSS.

---

[34] https://www.pardot.com/blog/abcs-ab-testing/

[35] Document 22: Color blocked website toggles - Google Search

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

48.     I was taken to a webpage that provided the code for creating a toggle switch.[36] I then clicked on the green "Try it Yourself" button and was able to manipulate the code provided to change the colors of the toggle switches.[37] Looking back at the first page of the 40 plus million search results, it is obvious that companies such as Mailchimp and many others are using color blocked toggles.

49.     My investigation of Color-blocked toggles indicated the code to create these types of website switches is easy to access and copy, and used by many different sites. The code for building the color-blocked toggles is free and easy to use. Therefore, it appears the use of Color-blocked toggles is not unique to Zeeto and is easily accessible with a simple Google search.

50.     Goss' Comparison #10:  Exhibit D, Page 11-Coupon Border.  The Goss Declaration states Zeeto's website uses a Coupon Border that Zeeto has tested into placement design and optimized for a coupon border on Simple Opt-Ins. This statement appears to imply Zeeto claims ownership of, or exclusive rights to use coupon borders on opt-ins, and that Internet Things should be precluded from using them.

51.     To start my investigation to determine if coupon borders on opt-ins is unique to Zeeto, I performed a Google Search for "coupon borders on opt ins." The results included over 2 million results.[38] I clicked on the 22 OptinMonster Hacks to Boost Your Conversion result as shown at Figure 14.

*Figure 14*

22 OptinMonster Hacks to Boost Your Conversions  ▾
https://optinmonster.com/optinmonster-hacks-to-boost-your-conversions/ ▾
In this post, we'll share 22 OptinMonster hacks that you can use to boost your conversions. ... Increase Conversions on Your Popular Pages; Boost **Optins** by 5X with ..... Or, if you have an eCommerce site, you could offer a **coupon** code. .... We also changed the footer color and the footer **border** color to match our image.

[36] https://www.w3schools.com/howto/howto_css_switch.asp

[37] https://www.w3schools.com/howto/tryit.asp?filename=tryhow_css_switch

[38] Document 23: coupon borders on opt ins - Google Search

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

CASE NO. 3:19-cv0458-JLS-NLS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

52.     I was taken to the Opt in Monster website which is a site dedicated to building web tools to collect email.[39] The webpage provided 22 ideas on how to boost conversions.[40] "Suggestion 21: Tweak your Options with a Split Test" included an example of a coupon border on an opt in as shown in Figure 15:



Figure 15

53.     My investigation of "coupon border on opt-Ins" indicates that this idea for boosting conversions is easy to find and available to any website developer. Therefore, it would appear the use of a coupon border on an opt-in is not unique to Zeeto and is easily accessible with a simple Google search.

54.     Goss' Comparison #11:  Exhibit D, Page 12- Question-Answer Pattern.  The Goss Declaration states Zeeto's website uses a Question/Answer pattern that involves an algorithm that "asks a question then immediately shows the most relevant offer." This statement appears to imply Zeeto claims ownership of a propriety question/answer algorithm, or exclusive rights to use this propriety

---

[39] https://optinmonster.com/about/

[40] https://optinmonster.com/optinmonster-hacks-to-boost-your-conversions/

CASE NO. 3:19-cv0458-JLS-NLS

algorithm, and that Internet Things should be precluded from using something similar.

55. Exhibit D does not provide any proof of a propriety algorithm or any indication that Zeeto owns such a proprietary algorithm. Thus, Exhibit D has not provided support for a claim on a unique or property property.  Internet Things does not use an algorithm, rather they use a predetermined answer method. Therefore, Internet Things can not be using any proprietary properties that may or may not be owned by Zeeto.

56. Based on Exhibit D not providing proof of a propriety algorithm and Internet Things' use of a predetermined answer method rather than an algorithm, it would appear the Zeeto website and Internet Things's website are not functioning in the same way and Internet Things has not used any proprietary properties belonging to Zeeto.

57. Goss' Comparison #12:  Exhibit D, Page 13-Similar Question Format. The Goss Declaration states Zeeto's website uses a "Similar Question Format" that includes a percent, statement and a question. This statement appears to imply Zeeto claims ownership of the Similar Question Format, or exclusive rights to use this Similar Question Format, and that Internet Things should be precluded from using something similar.

58. To start my investigation, I went to the win. websites I discovered in Goss' Comparison #1 located at the beginning of my report to determine if those similar sweepstake site used the Similar Question Format. I first navigated to http://win.beelaugh.com and then clicked on the large yellow Enter Now button shown below at Figure 16:

///

///

///

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

*Figure 16*



Clicking the button took me to a Sweepstakes Alert website with an offer to win $5,000.[41] I entered a name and email address where requested. I then entered my delivery address as requested. I then entered my birthdate, phone number and gender as requested. I was then shown a variety of questions which several included a percent, statement and a question as show in Figure 17:

*Figure 17*

My investigation of a Similar Question Format indicates that the use of a percent, statement and a question is also used by http://win.beelaugh.com. Therefore, it would appear the use of the percent, statement and question format is not unique to Zeeto and is used by other similar websites.

59.     Goss' Comparison #13:  Exhibit D, Page 14-Linkout Partners.  The Goss Declaration states Zeeto's website uses Linkout Partners which are all current

---

[41] https://play.sweepstakesalerts.com/win-5000?utm_source=GoogleAdWordsSA&utm_medium=DisplayNetwork_d_cpc&utm_campaign=CustomInt_Sweeps_1410874706_56498166940&utm_content=318239400430&utm_term=win.beelaugh.com&campaignid=1410874706&adgroupid=56498166940&affid=1101&gclid=EAIaIQobChMIjv2GvZfY4QIV8cfjBx3T1gWBEAEYASAAEgIptPD_BwE

CASE NO. 3:19-cv0458-JLS-NLS

21

partners in the Zeeto platform. This statement appears to imply Zeeto claims ownership of, or an exclusive right to use, these specific Linkout Partners and that Internet Things should be precluded from using them.

60. Exhibit D does not provide any proof of an exclusive partnership or exclusive right to use the Linkout Partners. Therefore, Zeeto has not provided any support for their apparent claim that Internet Things should be precluded from use of Linkout Partners.

61. Goss' Comparison #14: Exhibit D, Page 15-Format Simple Opt In. The Goss Declaration states Zeeto's website uses a TCPA Opt-In which has a "format Simple Opt-in with TCPA disclaimer." This statement appears to imply either Zeeto claims ownership of, or exclusive rights to use:

- Specific TCPA Opt-in language; and/or
- the TCPA Opt-In language in a specific format or placement.

This statement implies Internet Things should be precluded from using either the same TCPA Opt-in language, or placement of that language in a specific format or placement.

62. The example provided at Exhibit D shows the SimplySweeps website and the Zeeto website use language that is similar but not an exact copy. If Zeeto is claiming proprietary rights to a specific language or set of terms, Exhibit D does not support this claim.

63. Amendments to the Telephone Consumer Protection Act of 1991 require by law that similar language be displayed any time a user's action would result in their phone number being captured and/or delivered to a 3rd party. Internet Things uses a service called Jornaya to generate the code for the language of the TCPA Disclosure.[42] I personally logged into their Jornaya account and

---

[42] https://www.jornaya.com/

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

obtained the code used on their website.[43] My investigation of Zeeto's website use the TCPA Opt-In Format for Simple Opt-in with TCPA disclaimer indicated that the code to create this disclaimer can be generated by a third-party vendor such as Jornaya. Therefore, it would appear Internet Things's use of opt-in language is not a mis-use of any proprietary property belonging to Zeeto.

64.     Exhibit D does not provide any proof that the TCPA Opt-in language and the placement of this language is proprietary. Therefore, it would appear the use and placement of this language is not unique to Zeeto.

65.     Goss' Comparison #15:  Exhibit D, Page 16-17-Skip Text**.**  The Goss Declaration states Zeeto's website uses Skip Text and "Zeeto has tested into and offers customized skip text for the linkout offers." This statement appears to imply Zeeto claims ownership of, or exclusive rights to use skip text, or Zeeto claims exclusive rights to use the term "no thanks" as skip text. Thus Internet Things should be precluded from either using skip text or precluded from using the term "no thanks."

66.     While going through the website http://win.beelaugh.com as described in Goss' Comparison #12 above, I was presented with the coupon shown at Figure 18 which includes the term "no thanks" as skip text.

*Figure 18*



The average car owner spends $1,200 per year on repairs. Want to save up to 50% on yours? 🧑‍🔧

Includes Free Roadside Assistance

**Yes, I want to save!**

No, thanks

---

[43] Document 24: Jornaya Instructions

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

67. Exhibit D does not provide any support for the claims that use of skip text or the term "no thanks" as skip text are the exclusive right of Zeeto. My investigation shows that win.beelaugh.com uses the term "no thanks" as skip text. Therefore, it appears the use of skip text is not unique or exclusive to Zeeto.

68. Goss' Comparison #16: Exhibit D, Page 18-Mautic SMS. The Goss Declaration shows a screenshot of an Excel sheet titled "Mautic SMS." This page of Exhibit D contains no text or explanation for its inclusion or an indication of why the image is relevant to Zeeto's claims in this case. Mautic is an open source marketing and automation platform.[44] Therefore, it appears the use of Mautic is not unique or exclusive to Zeeto.

69. Goss' Comparison #17: Exhibit D, Page 19-CrediReady Purchase Name. This page of Exhibit D shows a screenshot of an ICANN WHOIS document for SimplySweeps.com and includes text showing that CrediReady, LLC purchased the domain name simplysweeps.com from GoDaddy on October 12, 2017. The text at this page next to the ICANN WHOIS document is wrong regarding the purchase date.

70. As shown at Document 25, Nicholas Fiorentino purchased the domain name on November 20, 2018 as an Auctions Expired Domain.[45] It is unclear what this page of Exhibit D is claiming, however it is important to note the correct purchase date.

71. SimplySweeps Source Code Review. I was provided the Commit History change log for SimplySweeps.com[46]. The very first timestamp shows Tuesday, April 19, 2016 and the last time stamp of Thursday, June 30, 2016. Based on a review of this document, it is my understanding that the code was first developed on April 19, 2016.

---

[44] https://www.mautic.org/about/
[45] Document 25: SimplySweeps Order from GoDaddy
[46] Document 26: Commit History

CASE NO. 3:19-cv0458-JLS-NLS

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

72.   **Conclusions.**   Based on the information noted in this declaration and my investigation, supported by my experience in intellectual property infringement investigations, I arrived at the following conclusions in this Case:

- The use of win subdomains is not unique to Zeeto;
- Multi step forms are not unique to Zeeto;
- Submit Buttons w/ Arrows are not unique to Zeeto;
- Custom Headlines are not unique to Zeeto;
- Rounded Corners are not unique to Zeeto;
- Email Terms are not unique to Zeeto;
- TCPA Phone Consent is not unique to Zeeto;
- Customized Step Headlines are not unique to Zeeto;
- Color-Blocked Toggles are not unique to Zeeto;
- Coupon Borders are not unique to Zeeto;
- Relevant Offering are not unique to Zeeto;
- Similar Question Format is not unique to Zeeto;
- Zeeto has not provided support indicating Zeeto's Linkout partners have exclusive relationships with Zeeto;
- Opt-in-Borders are not unique to Zeeto;
- Neither the use of Skip Text nor the use of "no thanks" as skip text is not unique to Zeeto;
- The date of the purchase for simplysweeps.com is November 20, 2018; and
- The date of the first source code entry is April 19, 2016

///
///
///
///
///
///
///

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

25

CASE NO. 3:19-cv0458-JLS-NLS

73.     My investigation indicates each page of Exhibit D makes claims and statements that are not supported and that the claimed features of Zeeto's websites are not unique or the exclusive property of Zeeto. Therefore, my investigation indicates Internet Things has not misappropriated or mis-used any unique or exclusive properties or rights belonging to Zeeto.

Submitted by:

Dated April 18, 2019

Doug Bania

ALPERSTEIN, SIMON, FARKAS, GILLIN & SCOTT, LLP

26

# INDEX

**Pages**

**Schedule 1** ............................................................................. **28-42**

**Schedule 2** ................................................................................**44-143**

| # | Document Title |
|---|---|
| 1 | Complaint   **(Not included)** |
| 2 | Exd. D to Goss Declaration   **(Not included)** |
| 3 | win - Google Search   **.....44-47** |
| 4 | site_win._ - Google Search....**48-50** |
| 5 | site_win._ -win.gs - Google Search   ....**51-53** |
| 6 | site_win.wallstreetwinning.com - Google Search   ....**54-58** |
| 7 | site_win.musclecarfan.com - Google Search ....**59-61** |
| 8 | site_win.capitalfm.com - Google Search...**62-64** |
| 9 | site_win.hellonomad.com - Google Search....**65-66** |
| 10 | site_win.beelaugh.com - Google Search **67.68** |
| 11 | What is Inbound Marketing_ _ HubSpot ...**69-84** |
| 12 | multi step form - Google Search   ....**85-87** |
| 13 | Google Keyword Planner ....**88-89** |
| 14 | continue button - Google Search   ....**90-92** |
| 15 | continue button - Google Image Search **93-98** |
| 16 | Dribble Continue Button ....**99-100** |
| 17 | continue button with arrow - Google Search ...**101-103** |
| 18 | continue button with arrow - Google Image Search....**104-119** |
| 19 | multi step form headlines - Google Search ...**120-122** |
| 20 | multi step form_ _headlines_ - Google Search...**123-125** |
| 21 | Enter to Win! _ Sweepstakes ....**126-127** |
| 22 | Color blocked website toggles - Google Search   ....**128-130** |
| 23 | coupon borders on opt ins - Google Search ....**131-133** |
| 24 | Jornaya Instructions ....**134-136** |
| 25 | simplysweepsorder from GoDaddy...**137-139** |
| 26 | commit-history ....**140-143** |

**Schedule 3** .........................................................................**144-150**

# SCHEDULE 1

# Declaration of Doug Bania
# Schedule 1



# Schedule 1: "win." Subdomain Websites

**Websites using "win." subdomains**

**URL:**
**win.wallstreetwinning.com**



Site owned by: Winning
Technology LLC

Parent site:
www.wallstreetwinning.com

Created Date: 11-22-2014

Win subdomain pages: 38

**URL:**
**win.musclecarfan.com**



Site owned by: Private
Registration

Parent site:
www.musclecarfan.com

Created Date: 2-13-2013

Win subdomain pages: 366

**URL:**
**win.capitalfm.com/nowtv2019**



Site owned by: Private
Registration

Parent site:
www.capitalfm.com

Created Date: 6-10-1996

Win subdomain pages: 132

**URL:**
**win.beelaugh.com**



Site owned by:
HughDomains.com

Parent site: www.beelaugh.com

Created Date: 4-12-2012

Win subdomain pages: 1

**URL:**
**win.hellonomad.com**



Site owned by: Nomad
Goods, Inc.

Parent site:
www.hellonomad.com

Created Date: 4-26-2013

Win subdomain pages: 1



# SCHEDULE 1a

# Schedule 1a: "win." Subdomain Sites
# win.wallstreetwinning.com







3        Doug Bania Declaration, April 18, 2019



# SCHEDULE 1b

# Schedule 1b: "win." Subdomain Sites
# win.musclecarfan.com



Doug Bania Declaration, April 18, 2019



# SCHEDULE 1c

# Schedule 1c: "win." Subdomain Sites
## win.capitalfm.com/nowtv2019/





5    Doug Bania Declaration, April 18, 2019



# SCHEDULE 1d

# Schedule 1d: "win." Subdomain Sites
# win.hellonomad.com



6        Doug Bania Declaration, April 18, 2019



# SCHEDULE 1e

# Schedule 1e: "win." Subdomain Sites
# win.beelaugh.com, page 1 of 3

Rounded Corners and Email Terms

Linkout Partner and Multi-Step Form at Partner Site with Customized Step Headline

iPhone XS MAX Give-Away
**Your contact info**



We hate spam!
E-mail will only be used for contacting give-away winners.

SUBMIT











7    Doug Bania Declaration, April 18, 2019



# Schedule 1e: "win." Subdomain Sites
# win.beelaugh.com, page 2 of 3

Rounded Corners and Similar Question Format

22% of Americans are behind on their mortgage payments. Are you?



75% of Americans think their energy bill is too high. Want to save on yours?



Save up to 70% on your electric costs with solar power. Want to lower your bills? ☀



Linkout Partner with Multi-Step Form, TCPA Phone and Email Consent



8

*Doug Bania Declaration, April 18, 2019*

41



# Schedule 1e: "win." Subdomain Sites
## win.beelaugh.com, page 3 of 3

| Skip Text and Relevant Offering, Rounded Corners |
|:---:|

The average car owner spends $1,200 per year on repairs. Want to save up to 50% on yours? 🧑‍🔧

Includes Free Roadside Assistance

**Yes, I want to save!**

No, thanks

| TPCA Phone and Email Consent, Button with Arrow w/ Rounded Corners |
|:---:|

By checking the box below I consent to receive monitored or recorded phone sales calls and text messages - Msg and data rates may apply - from CAC and our **Marketing Partners** on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.



☐ I CONFIRM that all of my information is accurate and consent to be called and texted as provided above.



CONTINUE ▶

9   Doug Bania Declaration, April 18, 2019

42



Nevium Intellectual Property Consultants
**Documents Relied On**                                                                          **Schedule 2**

| # | Document Title |
|---|---|
| 1 | Complaint   **(Not included)** |
| 2 | Exd. D to Goss Declaration   **(Not included)** |
| 3 | win - Google Search |
| 4 | site_win._ - Google Search |
| 5 | site_win._ -win.gs - Google Search |
| 6 | site_win.wallstreetwinning.com - Google Search |
| 7 | site_win.musclecarfan.com - Google Search |
| 8 | site_win.capitalfm.com - Google Search |
| 9 | site_win.hellonomad.com - Google Search |
| 10 | site_win.beelaugh.com - Google Search |
| 11 | What is Inbound Marketing_ _ HubSpot |
| 12 | multi step form - Google Search |
| 13 | Google Keyword Planner |
| 14 | continue button - Google Search |
| 15 | continue button - Google Image Search |
| 16 | Dribble Continue Button |
| 17 | continue button with arrow - Google Search |
| 18 | continue button with arrow - Google Image Search |
| 19 | multi step form headlines - Google Search |
| 20 | multi step form_ _headlines_ - Google Search |
| 21 | Enter to Win! _ Sweepstakes |
| 22 | Color blocked website toggles - Google Search |
| 23 | coupon borders on opt ins - Google Search |
| 24 | Jornaya Instructions |
| 25 | simplysweepsorder from GoDaddy |
| 26 | commit-history |

# SCHEDULE 2
# DOCUMENT 3



1 : to gain the victory in a contest : succeed. 2 : to succeed in arriving at a place or a state. **win**.

**Win | Definition of Win by Merriam-Webster**
https://www.merriam-webster.com/dictionary/win

See results about

WIN (Remix) (Song by Jay Rock)
Artist: Jay Rock
Featured artist: Snoop Dogg

About this result    Feedback

**Win | Definition of Win by Merriam-Webster**
https://www.merriam-webster.com/dictionary/win
1 : to gain the victory in a contest : succeed. 2 : to succeed in arriving at a place or a state. **win**.

Videos



3:37
**Jay Rock - WIN**

JayRockVEVO
YouTube - May 30, 2018

12:03
**Trump adviser: 'Mueller Report is a big win'**

CNN.com - 6 hours ago

1:42
**Corbin's first win with Nats | 04/18/2019**

MLB.com - 4 hours ago

**Win | Define Win at Dictionary.com**
https://www.dictionary.com/browse/win
**Win** definition, to finish first in a race, contest, or the like. See more.

Top stories



**2019 Win/Loss totals as predicted by Bolts From The Blue**
Bolts From The Blue · 4 hours ago

**Is betting value now against Tiger Woods after Masters win?**
ESPN.com · 8 hours ago

**Contest: Win Katana ZERO for Switch or Steam**
Destructoid · 56 mins ago

→ More for win.

**win - Wiktionary**
https://en.wiktionary.org/wiki/win
**win** (third-person singular simple present **wins**, present participle **winning**, simple past and past ... to **win** the jackpot in a lottery; to **win** a bottle of wine in a raffle.

WFU | Wake Information Network
https://win.wfu.edu/

The **Wake Information Network** provides access to academic and administrative services for the
Wake Forest University community.

### Win Synonyms, Win Antonyms | Thesaurus.com
https://www.thesaurus.com/browse/win

Synonyms for **win** at Thesaurus.com with free online thesaurus, antonyms, and definitions. Find
descriptive alternatives for **win**.



| | |
|---|---|
| Rating ▾   Hours ▾ | |
| **Good-Win Racing** | |
| 3.9        (16) · Auto parts store | 🌐 |
| Chula Vista, CA · (858) 775-2810 | WEBSITE   DIRECTIONS |
| Closed · Opens 9AM Fri | |
| **Wins Pools** | |
| No reviews · Swimming pool contractor | 🌐 |
| National City, CA · (619) 399-2998 | WEBSITE |
| **Wins Pools** | |
| 5.0       (1) · Swimming pool contractor | 🌐 |
| Lakeside, CA · (619) 850-9467 | WEBSITE |
| Closed · Opens 8AM Fri | |

≡  More places

### WIN Conference
https://www.winconference.net/

Through **WIN's** Corporate Learning and Networking Group and the Annual Corporate Forum on
women's leadership, inclusion and innovation we learn, hear ...

### Windstream Holdings, Inc. (WIN) Stock Price, Quote, History & News
https://finance.yahoo.com/quote/WIN/

Find the latest Windstream Holdings, Inc. (**WIN**) stock quote, history, and other vital information
to help you with your stock trading and investing.

### WIN! - epic win photos - Cheezburger
https://failblog.cheezburger.com/wins

Funny **WIN** Photos and Videos. ... This Is What It Looks Like When Someone **Wins** $3.5 Million on a
Single Roulette Spin. Share Show Dropdown.

Searches related to win.

| | |
|---|---|
| win **definition synonyms** | win **meaning in hindi** |
| win **verb** | **slang for winning** |
| win **acronym** | win **song** |
| win **past tense** | win **the game synonym** |

91941, La Mesa, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# SCHEDULE 2
# DOCUMENT 4

 Google

site:win.*

All   Images   News   Shopping   Maps   More        Settings   Tools

About 1,490,000 results (0.16 seconds)

Google promotion

**Try Google Search Console**
www.google.com/webmasters
Do you own **win.***? Get indexing and ranking data from Google.

**WIN | Internet que la rompe en condominios**
https://win.pe/ ▾ Translate this page
Win es el servicio de Internet para condominios que viene a romperla en el mercado peruano.

**WIN.gg: Esports news, scores, stats, and schedules**
https://win.gg/ ▾
Get the latest esports news, look up the latest scores and stats, follow your favorite teams and players, and more.

**WIN.ONE**
https://www.win.one/ ▾ Translate this page
WIN.ONE（www.win.one）是一个世界一流的数字货币交易所，提供数字货币现货以及衍生品交易，注册在塞舌尔。WIN.ONE 致力于为全球用户提供优质的区块链数字 ...

**The Dawn Wall on iTunes**
https://win.gs/TDWiTunes ▾
Rating: 4.8 - 96 votes
Sep 19, 2018 - Watch trailers, read customer and critic reviews, and buy The Dawn Wall directed by Josh Lowell for $9.99.

**台中2019 公益路跑- Wings for Life World Run 台灣**
https://win.gs/2QsSLPr ▾ Translate this page
2019 Wings For Life World Run 公益路跑. Wings for Life World Run 回來了！記得去年5月6號在桃園的感動嗎？今年5月5日賽道將移師中台灣－貫穿南北的文化 ...

**The Way of the Wildcard | Finding new paths to excellence | Red Bull TV**
https://win.gs/2Ji7xJY ▾
Follow the incredible stories of athletes who've beaten the odds and made a name for themselves, proving that anything is possible with enough hard work.

**Analog in Vienna | Live recordings straight to vinyl | Red Bull TV**
https://win.gs/2vM61XI ▾
From iconic German hip-hop groups to popular American rock bands, musicians take the chance at cutting a live record straight to vinyl in a single take.

**Driver's Eye: 24 Hours with Pierre Gasly - YouTube**
https://win.gs/2L9NmKX ▾
May 30, 2018 - Live the Monaco Grand Prix through the eyes of Toro Rosso's Pierre Gasly. From media day Wednesday to First Practice Thursday... Part 2: ...

**mWS myWorld Solutions Logo**
https://win.gs/STR_myworld ▾
As an Austrian Service Provider with a broad portfolio of business services, myWorld Solutions is a strong partner for international businesses.

**Windsor Elementary School**
https://win.cheneysd.org/ ▾
Windsor Elementary School serves Preschool-5th grade students and is part of Cheney School District.

1 2 3 4 5 6 7 8 9 10     Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 5



site:win.* -win.gs

All    Images    News    Shopping    Maps    More        Settings    Tools

About 1,360,000 results (0.21 seconds)

### World Identity Network - Blockchain for Humanity - World Identity ...
https://win.systems/
Our aim is to ensure that everyone can prove who they are, while maintaining control over their identity data, protecting them from human trafficking.

### WIN | Internet que la rompe en condominios
https://win.pe/ · Translate this page
Win es el servicio de Internet para condominios que viene a romperla en el mercado peruano.

### WIN.gg: Esports news, scores, stats, and schedules
https://win.gg/
Get the latest esports news, look up the latest scores and stats, follow your favorite teams and players, and more.

### WinPics - Home | Facebook
www.win.pics › ... › Local Service › Photography Videography › Photographer
Rating: 5 - 6 votes
WinPics. 3.4K likes. Event photography, nature photography, macro photography & more.

### Valnet Internet Service
www.win.org/
High Speed Internet & Connectivity -Kansas, Oklahoma & Elsewhere | DSL | Rural Internet Provider.

### WIN.ONE
https://www.win.one/ · Translate this page
WIN.ONE（www.win.one）是一个世界一流的数字货币交易所，提供数字货币现货以及衍生品交易，注册在塞舌尔。WIN.ONE 致力于为全球用户提供优质的区块链数字 ...

### Windsor Elementary School
https://win.cheneysd.org/
Windsor Elementary School serves Preschool-5th grade students and is part of Cheney School District.

### Warrior Information Network - Indiana Tech
https://win.indianatech.edu/
The Warrior Information Network is your one-stop contact for all of your academic counseling needs. The WIN can help guide you with most of the questions that.

### Top 50 Classement des chanteurs français,
win.wingraphy.com/ · Translate this page
sur les 379 chanteurs il y a plus de 70 000 000 de requêtes par mois sur le moteur de recherche selectionné. - les 50 premiers totalisent 60 % des requêtes.

### Techwin , Le Savoir pour Tous - WIN.TN
win.tn/wiseme/ · Translate this page
Techwin : - Medecine, Vie de famille, Informatique, Sciences, Psychologie, Developpement Perso., Entreprise, Metiers, Culture, Beaux_Arts, Internet, Automobile ...

1  2  3  4  5  6  7  8  9  10    Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 6



site:win.wallstreetwinning.com

Sign in

All    Images    News    Shopping    Maps    More    Settings    Tools

About 38 results (0.15 seconds)

Google promotion

### Try Google Search Console
www.google.com/webmasters/
Do you own **win.wallstreetwinning.com**? Get indexing and ranking data from Google.

### WallStreetWinning Free Download
https://win.wallstreetwinning.com/
CHECK THIS BOX and type your mobile # to get the book "Income for Life" FREE and delivered to your mobile phone IMMEDIATELY! Country Code For Mobile ...

### Wall Street Winning -Webinar - WallStreetWinning Free Download
https://win.wallstreetwinning.com/TRUMP
This site is not affiliated with Donald Trump in any way. The above video is simply a parody and within fair use. We are big supporters of Donald Trump and we ...

### My Awesome Landing Page - Powered by ClickFunnels.com
https://win.wallstreetwinning.com/page2
The Winning Signal provides DAILY entry point BUY and an exit point SELL for stocks and ETF's. The Winning Signal results are based on a technical analysis ...

### WallStreetWinning
https://win.wallstreetwinning.com/thankyou997
Your email address is your username and we will send your temporary password in your confirmation email. Instructions on how to change your password are ...

### FREE INCOME FOR LIFE COURSE - WallStreetWinning Free Download
https://win.wallstreetwinning.com/incomeforlife/oTdWU/
LEARN TO MAKE INCOME FOR LIFE..

### MONTHLY INVESTMENT INCOME FOR LIFE
https://win.wallstreetwinning.com/secret-strategy1
I AGREE TO THE FOLLOWING: Please grant me unlimited access to all the wealth generating teaching provided in the Wall Street Winning Monthly Income For ...

### FREE INCOME FOR LIFE COURSE - WallStreetWinning Free Download
https://win.wallstreetwinning.com/opt-in
LEARN TO MAKE INCOME FOR LIFE..

### INVESTMENT OPPORTUNITY
https://win.wallstreetwinning.com/cipher
Your ENCRYPTION and the SECURITY of that encrypted data and applications, is only as good as the randomness of the SEEDS used to create it.

### FREE REPORT AND EBOOK - WallStreetWinning Free Download
https://win.wallstreetwinning.com/optionsin
This 28-page book will teach you what you need to know... To start putting the odds in your favor, including: Secret formulas and systems top traders..... The "7 ...

### TOS - WallStreetWinning Free Download
https://win.wallstreetwinning.com/tos
Winning Technology's mission is to improve lives through investment education and technology. We enable you to access investment training and online ...

1    2    Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



site:win.musclecarfan.com

All    Images    News    Shopping    Maps    More                Settings    Tools

About 366 results (0.14 seconds)

Google promotion

**Try Google Search Console**
www.google.com/webmasters/
Do you own **win.musclecarfan.com**? Get indexing and ranking data from Google.

**Muscle Car Fan**
https://win.musclecarfan.com/ ▼
Muscle Car Fan is a community dedicated to preserving American muscle car history.

**I don't always sit and listen to my car, but when I do, so do my neigh ...**
https://win.musclecarfan.com/products/neighbors ▼
Rating: 5 - 4 reviews - $29.75 - In stock
The T-Shirt is Made of a Quality Fabric It's made of quality fabric that is soft, comfy , lightweight, and extremely durable. As you know, it is also available in a ...

**Viper – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/viper ▼
Viper ACR "The speed, the power, the grip, the handling: They're all phenomenal . Terrific steering, brakes off the space shuttle, and more than enough power to ...

**FAQ – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/faq ▼
Your Social Media Manager, Wes Vital, will answer your remaining questions in this video. His is an American Certified Mechanic. Do you want a chance to win ...

**Haulcat – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/haulcat ▼
Haulcat" - Hellcat-powered 2018 Ram Sport Night Edition Hellcat-powered Ram 1500 Muscle Truck If you're a fan of our Hellcat X Challenger, we have a ...

**Corvettes – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/corvettes ▼
"It's one of the hottest performing, best handling, most comfortable sports cars on the market, and some think it's one of the best looking as well." Motor Trend ...

**Challengers – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/challengers ▼
"1970's all-new performance pony car. It borrowed from no one. Completely new from the wide stance up. And the scoop drops the hint. The pony has a mean ...

**Mustangs – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/mustang ▼
1968 Mustang-The World's Finest Bullitt Restomod We have a great way for you to celebrate the 50th anniversary of the iconic car-chase film, Bullitt. Bring home ...

**Customer Care – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/customer_care ▼
Shipping - You will be notified when your product is shipped. You should also receive a link, where you can track the status of your order. Please allow 2 to 15 ...

**Chevelle – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/chevelle ▼
Win Chevrolet's Ultimate Muscle Car If you're a fan of the original muscle-car era (and who isn't?), we have a tremendous opportunity for you. We're giving away ...

1  2  3  4  5  6  7  8  9  10     Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 7



site:win.musclecarfan.com

Sign in

All    Images    News    Shopping    Maps    More          Settings    Tools

About 366 results (0.14 seconds)

Google promotion

**Try Google Search Console**
www.google.com/webmasters/
Do you own **win.musclecarfan.com**? Get indexing and ranking data from Google.

**Muscle Car Fan**
https://win.musclecarfan.com/
Muscle Car Fan is a community dedicated to preserving American muscle car history.

**I don't always sit and listen to my car, but when I do, so do my neigh ...**
https://win.musclecarfan.com/products/neighbors
Rating: 5 · 4 reviews · $29.75 · In stock
The T-Shirt is Made of a Quality Fabric It's made of quality fabric that is soft, comfy , lightweight, and extremely durable. As you know, it is also available in a ...

**Viper – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/viper
Viper ACR "The speed, the power, the grip, the handling: They're all phenomenal . Terrific steering, brakes off the space shuttle, and more than enough power to ...

**FAQ – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/faq
Your Social Media Manager, Wes Vital, will answer your remaining questions in this video. His is an American Certified Mechanic. Do you want a chance to win ...

**Haulcat – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/haulcat
Haulcat" - Hellcat-powered 2018 Ram Sport Night Edition Hellcat-powered Ram 1500 Muscle Truck If you're a fan of our Hellcat X Challenger, we have a ...

**Corvettes – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/corvettes
"It's one of the hottest performing, best handling, most comfortable sports cars on the market, and some think it's one of the best looking as well." Motor Trend ...

**Challengers – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/challengers
"1970's all-new performance pony car. It borrowed from no one. Completely new from the wide stance up. And the scoop drops the hint. The pony has a mean ...

**Mustangs – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/mustang
1968 Mustang-The World's Finest Bullitt Restomod We have a great way for you to celebrate the 50th anniversary of the iconic car-chase film, Bullitt. Bring home ...

**Customer Care – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/customer_care
Shipping - You will be notified when your product is shipped. You should also receive a link, where you can track the status of your order. Please allow 2 to 15 ...

**Chevelle – Muscle Car Fan - Win a Car with a Cool T-Shirt**
https://win.musclecarfan.com/pages/chevelle
Win Chevrolet's Ultimate Muscle Car If you're a fan of the original muscle-car era (and who isn't?), we have a tremendous opportunity for you. We're giving away ...

1  2  3  4  5  6  7  8  9  10      Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# SCHEDULE 2
# DOCUMENT 8



site:win.capitalfm.com

Sign in

All   Images   News   Shopping   Maps   More          Settings   Tools

About 132 results (0.12 seconds)

Google promotion

**Try Google Search Console**
www.google.com/webmasters/
Do you own **win.capitalfm.com**? Get indexing and ranking data from Google.

**Now TV | Capital FM**
https://win.capitalfm.com/nowtv2019/
If you've been on the edge of your seat since 2017 for more episodes of Game of Thrones – then fear not – the eighth and final season of this iconic show is ...

**Win Awesome Prizes With Strongbow - Radio X | Strongbow**
https://win.capitalfm.com/strongbow/
WIN A HOLIDAY FOR THREE IN SUN-SOAKED CROATIA. Strongbow is giving you the chance to make your summer even more epic with a sun-soaked holiday  ...

**Capital FM | Lidl**
https://win.capitalfm.com/lidl/
WIN £1000 THIS CHRISTMAS WITH LIDL. With Lidl's range of high quality, fresh food and award-winning premium products, they have Every Lidl thing for ...

**Hasbro Gaming | Capital - Capital FM**
https://win.capitalfm.com/hasbro/
Win An Epic Weekend In London. Gather your mates and get the party started with Hasbro Gaming. They've inspired generations to tangle themselves in knots  ...

**Win prizes all Summer long with Strongbow - Capital FM**
https://win.capitalfm.com/strongbow2018/
Win prizes all Summer long with Strongbow.

**Win An Awesome Tech Bundle With TalkTalk - Capital FM**
https://win.capitalfm.com/talktalk2018/
Whether you're shopping online or streaming your fave music, you need superfast internet that can keep up. And with TalkTalk's award-winning fibre broadband, ...

**Veet | Capital FM**
https://win.capitalfm.com/veet/
Win A Holiday To Ibiza With Veet. Wanna slay by the pool as well as on the dancefloor? Looking for beauty tips to help you nail everything from smooth summer ...

**Capital || Smirnoff - Capital FM**
https://win.capitalfm.com/smirnoff/
WIN VIP TICKETS TO VIRGIN V FESTIVAL WITH SMIRNOFF.

**Win £4,000 With TalkTalk - Capital FM**
https://win.capitalfm.com/talktalk/
No one likes unexpected surprises – your phone battery dying in the middle of FaceTime with your mates, your favourite TV show freezing during a stream, ...

**Capital | Vodafone | Hideout Festival - Capital FM**
https://win.capitalfm.com/hideout/
Win with HIDEOUT FESTIVAL PRESENTED BY VODAFONE.

1   2   3   4   5   6   7   8   9   10          Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 9



1 result (0.14 seconds)

Google promotion

**Try Google Search Console**
www.google.com/webmasters/
Do you own **win.hellonomad.com**? Get indexing and ranking data from Google.

**Entry Page**
https://win.hellonomad.com/
Enter to Win Today. Not all people will have a serial code to enter. If you do not have one that means you have awesome friends! Just enter "000000" as your ...

91941, La Mesa, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# SCHEDULE 2
# DOCUMENT 10



1 result (0.14 seconds)

Google promotion

**Try Google Search Console**
www.google.com/webmasters/
Do you own **win.beelaugh.com**? Get indexing and ranking data from Google.

**Win a brand new iPhone XS MAX**
win.beelaugh.com/
Enter our time-limited give-away and win iPhone XS Max 512GB in any color you want!

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

# SCHEDULE 2
# DOCUMENT 11

 English ▼ | Contact Us

Log in   Get HubSpot free



Software ▼      Pricing      Resources ▼      Partners ▼      About ▼

# What Is Inbound Marketing?

Inbound marketing is about creating valuable experiences that have a positive impact on people and your business. How do you do that? You attract prospects and customers to your website and blog through relevant and helpful content. Once they arrive, you engage with them using conversational tools like email and chat and by promising continued value. And finally, you delight them by continuing to act as an empathetic advisor and expert.

Unlike outbound marketing, with inbound marketing, you don't need to fight for your potential customers' attention. By creating content designed to address the problems and needs of your ideal customers, you attract qualified prospects and build trust and credibility for your business.

**Learn inbound marketing with HubSpot Academy**

# What Is Inbound?

Inbound marketing is just one part of a larger movement in the business world. That movement is inbound.

Inbound is a method of attracting, engaging, and delighting people to grow a business that provides value and builds trust. As technology shifts, inbound guides an approach to doing business in a human and helpful way. Inbound is a better way to market, a better way to sell, and a better way to serve your customers. Because when good-for-the-customer means good-for-the-business, your

company can grow
better over the long
term.



The inbound
methodology is
composed of three
stages: attract, engage,
and delight. Inbound
businesses use the
methodology to build
trust, credibility, and
momentum. It's about
adding value at every
stage in your
customer's journey with
you.

From a business
perspective, the
methodology
represents the growth
of your business, and
happy customers
provide the energy that
fuels that growth, either

because they buy from you again or because they bring new customers to you by promoting your product to other people in their network. But if you produce unhappy customers, either by selling to people who are bad fits for your offering or by overpromising and under-delivering, they'll slow your company's growth.

When all of your teams are aligned around an inbound approach, you can provide a holistic experience for anyone who interacts with your business, no matter where they are in their buying journey. Attracting isn't just the role of marketers. Engaging isn't just the role of sales. Delight isn't just the role of services. To create

relationships that last and customers that stay, every customer-facing team needs to focus on how they can contextually attract, engage, and delight your prospects and customers and continue to build trust in your brand.

# The Proven Methodology for Growing Your Business

During the past few years, the same change in buying behavior that sparked the inbound movement has also spread throughout the whole customer experience. How people communicate and what they expect from your business has changed.

The good news? The inbound methodology, along with technology, continues to help businesses adapt to fast-changing needs — not just with marketing but with the entire customer experience.

Supporting this methodology is a full platform of software for marketing, sales, service, and customer relationship management. These tools are powerful alone, but they're even better when used together, helping you grow with the inbound methodology.

By combining the inbound methodology with the HubSpot software, you'll grow your business and get customers who buy more, stay with you longer, refer their friends, and tell the

world they love you.

# Using the Inbound Methodology in Marketing

As an inbound marketer, your goal is to attract new prospects to your company, engage with them at scale, and delight them individually. You also partner with your sales and services teams to keep the flywheel spinning effectively and help the business grow. It's a big job, but the inbound methodology and Marketing Hub have you covered.



**Attract Tools**

Ads
Video
Blogging
Social media
Content strategy

**Engage Tools**

Lead flows
Email marketing
Lead management
Conversational bots
Marketing automation

**Delight Tools**

Smart content
Email marketing
Conversations inbox
Attribution reporting
Marketing automation

## Attract

You don't want just anyone coming to your website. You want people who are most likely to become leads and, ultimately, happy customers. How do you get them there? You attract more of the right customers with relevant content at the right time — when they're looking for it.

Use the content strategy tool to build your authority in search and rank for the topics that matter the most to your prospects. Publish your blog post or video content across social networks using the social media tools. Create ads to increase awareness of your brand with your target audience. Throughout each stage, you'll be reporting and analyzing these efforts to stay informed on what's working and where you need to improve.

## Engage

Use conversations to create lasting relationships with prospects on the channels they prefer — through email, bots, live chat, or messaging apps. Use the conversion tools — CTAs, forms, and lead flows — to capture the information of prospects visiting your site. Use all the prospect and customer information in the CRM to personalize the website experience using smart content and the entire buyer's journey using email and workflows. Create brand loyalty by targeting specific audiences with your social content or ads. Choose from hundreds of connect integrations to add additional tools and features to fit your business' unique needs.

## Delight

Use email and marketing automation as well as conversations to deliver the right information to the right person at the right time, every time. Use the conversations inbox to align with your sales and service team members to create contextual conversations with the people you do business with. Create memorable content your prospects can share with their friends and family by using a variety of content formats — like video— that your prospects prefer.

# Using the Inbound Methodology in Sales

As an inbound salesperson, you spend your days attracting new leads to grow your pipeline, engaging with people who are ready to have a sales conversation, and delighting them with solutions to their problems. This is where the inbound methodology and Sales Hub come in.



| Attract Tools | Engage Tools | Delight Tools |
|---|---|---|
| Calling | Deals | Quotes |
| Prospects | Video | Sales automation |
| Email templates | Playbooks | Smart notifications |
| Meeting scheduling | Email sequences | Conversations inbox |
| Conversational bots | Sales automation | Conversation routing |

## Attract

It's all about showing your prospects they can trust you to help them solve their problems. Put your meetings page on your website, making it easy for visitors to grab time on your calendar to discuss their needs. Use the prospects tool to see who's visiting your website. Use conversations and calling to connect and converse with people.

## Engage

Keep in touch with the people you're most focused on with email templates and sequences. Use documents to track how much time people are spending with your content, and make it easy for these people to put time on your calendar by using meetings links. Use calling to record and transcribe the calls you make and playbooks to guide your interactions with people. Use quotes to make your recommendations crystal clear. Automate pieces of your sales process with workflows so you can respond to people faster.

## Delight

Meetings, conversations, and quotes don't just make life easier for you — they make life easier for your customers, too. Use these tools to make your sales process as pleasant as possible for your customers.

# Using the Inbound Methodology in Services

As an inbound service

professional, you help your existing customers find answers to their questions, get help when they need it and how they want it, and enjoy their experience with you. The inbound methodology and Service Hub can help with that.



**Attract Tools**
Team email
Knowledge base
Conversational bots

**Engage Tools**
Ticketing
Conversations inbox
Customer service automation

**Delight Tools**
Health scoring
Email sequences
Customer feedback

## Attract

People look for answers to questions. If those questions are about your products, goods, or services, they'll look to you for answers. By using the knowledge base tool and a strong knowledge strategy, you can provide the right information in the right way. Craft meaningful solutions to problems that a person may be dealing with and publish those solutions on the knowledge base. With the ability to include rich media like video, audio, and images, you can provide answers and insights that are effective for multiple types of learners.

## Engage

Knowledge base articles may not always provide the information someone is looking for, and this is where tickets and the conversations tool come into play. Tickets are fully integrated with HubSpot Conversations, and with the availability of live chat and chatbots, your customers can request help and advice in real time, receiving expert-level assistance across multiple channels. Because you have the ability to know where and when someone is looking at a certain web page or knowledge article, you can create a chatbot that provides contextual, relevant answers and resources that may not normally live in the article itself. If all else fails, the ability to automatically create a new ticket, assign it, and notify the user streamlines the service process.

## Delight

How do you know if you've provided a positive customer experience? Ask. With Service Hub's built-in feedback system, collecting feedback on a customer's experience has never been easier. By combining feedback scores with chat and email transcripts, you can iterate over your shared knowledge resources on a continual basis, refining and enriching your content each time.

# Learn Inbound

Sign up for HubSpot Academy for free to learn about the inbound approach, access free tools to try it yourself, and get Inbound certified. Grow your business and your career with the inbound methodology.

Learn inbound with HubSpot Academy

**Increase Your Traffic**

Ad Software

Blog Software

SEO Software

Social Media Software

Content Management System

**Connect With Leads**

Find New Prospects

Email Tracking

Sales Email Templates

Click to Call Your Leads

Email Scheduling

**Close and Manage Leads**

Document Tracking Tool

Meeting Schedule Tool

Sales Automation Tool

Lead Management Tool

Pipeline Management Tool

**Support and Tools**

HubSpot Partners

Join a Local User Group

Get a Free Website Report

HubSpot Templates

Free Tools & Generators ▼

Contact HubSpot Support

English     Deutsch     日本語     Español     Português     Français

HubSpot

Legal Stuff      Privacy Policy

Copyright © 2019 HubSpot, Inc.

# SCHEDULE 2
# DOCUMENT 12



| multi step form | | 🔍 | Sign in |
|---|---|---|---|

All    Images    Videos    News    Shopping    More            Settings    Tools

About 357,000,000 results (0.28 seconds)

**Multi Step Form – WordPress plugin | WordPress.org**
https://wordpress.org › WordPress Plugins ▾
Rating: 4.4 · 22 votes · Free
Description. **Multi Step Form** has a drag & drop enabled form builder for quick and intuitive creation of nice-looking **multi step forms**. Forms can be embedded on ...

**How To Create a Form With Multiple Steps - W3Schools**
https://www.w3schools.com/howto/howto_js_form_steps.asp ▾
<**form** id="regForm" action=""> <h1>Register:</h1> <!-- One "tab" for each **step** in the **form**: --> <div class="tab">Name: <p><input placeholder="First name".

**Why You Should Create Multi-Step Forms and How They Can ...**
https://blog.hubspot.com/marketing/multi-step-forms ▾
Oct 12, 2018 - One time I tried signing up for a spin class at a new studio. I went to the studio's website to complete their **multi-step** sign up **form**, but by the time ...

**Why Multi-Step Lead Forms Get up to 300% More Conversions**
https://www.ventureharbour.com/multi-step-lead-forms-get-300-conversions/ ▾
Mar 13, 2019 - The tool had a **multi-step form** that converted 53% of site visitors into 'leads', despite asking a lot of questions (including email, name, phone ...

**Multistep Forms: Increase Engagement & Generate Leads in Instapage**
https://instapage.com/blog/multi-step-form ▾
Sep 20, 2018 - This short tutorial shows you how to create a **multi step form** in Instapage so you can get more leads and increase engagement. No HTML or ...

**A multi-step form - Instapage**
https://instapage.com/blog/multi-step-form-examples ▾
Oct 22, 2018 - Learn from these **multi-step forms** examples to reduce friction, persuade customers to trust you with their info, and lead to conversions.

**The Magic of React-Based Multi-Step Forms | CSS-Tricks**
https://css-tricks.com/the-magic-of-react-based-multi-step-forms/ ▾
Feb 15, 2019 - One way to deal with long, complex **forms** is to break them up into **multiple steps**. You know, answer one set of questions, move on to another, ...

| People also ask |  |
|---|---|
| What is a multi step form? | ⌄ |
| What is Form Wizard? | ⌄ |
| What is a form in Java? | ⌄ |

Feedback

**Parsley - Examples | Multi steps form**
parsleyjs.org/doc/examples/multisteps.html ▾
<**form** class="demo-**form**"> <div class="**form**-section"> <label for="firstname">First Name:</label> <input type="text" class="**form**-control" name="firstname" ...

**Multi Step Form with Progress Bar using jQuery and CSS3 - CodePen**
https://codepen.io/atakan/pen/gqblz/ ▾
Got long forms on your website ? Break them up into smaller logical sections and convert it into a **multi-step form** with a cool progress bar. Could work...

Multi Step Form - Lexicon

https://lexicondesign.io/docs/patterns/Forms/multiStepForm.html ▾

Usage. A **Multi step form** is used when a major or big task has to be divided into smaller task, with the aim of letting the user breath in the process and providing ...

Multi Step Form Builder | Advanced Online Form Builder

Ad  www.123formbuilder.com/ ▾

Using Our Free Drag & Drop **Form** Builder It's Easy To Create Any Web **Forms** & Online Surveys. The Best Support. Easy Lead Collection. Quick Setup. Inbuilt **Form** Calculations. 16h Live Chat Support. Multilingual **Forms**. Use Field Validation. Real-Time Reports. Built-in Countdown Timer.

More Secure Form Features · Domain Aliasing · Accept Payments · Get Larger Guest Lists

Multi-step Forms

Ad  www.info.com/Multi-step+Forms ▾

Get **Multi-step Forms** Info. Metasearch & Social Results Now. Beyond Search. Dig deeper. Related topics. Powerful insights. Topic bubbles. Info.com social search. Enhanced results. What does the web say? See social too. Smarter search.

### Searches related to multi step form

| | |
|---|---|
| multi step form **wordpress** | multi step form **builder** |
| multi step form **design** | multi step form **plugin** |
| **jquery** multi step form **example** | multi step form **php** |
| multi step form **bootstrap free download** | multi step form **react** |

1  2  3  4  5  6  7  8  9  10      Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 13



# SCHEDULE 2
# DOCUMENT 14



All    Images    Videos    Shopping    News    More          Settings    Tools

About 1,030,000,000 results (0.37 seconds)

### Images for continue button



→ More images for continue button                    Report images

### continue button Images, Stock Photos & Vectors | Shutterstock
https://www.shutterstock.com/search/continue+button
Find **continue button** Stock Images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new ...

### Videos



Continue Button

How to Insert "Click to Continue" button on Wordpress

EFree NYC
YouTube - Jun 27, 2016

Jonathon Villaescusa
YouTube - Aug 8, 2011

### Continue Button - an overview | ScienceDirect Topics
https://www.sciencedirect.com/topics/computer-science/continue-button
Event Viewer can be opened as a snap-in to the Computer Management console or as a standalone console. You will need to click the **Continue button** in the ...

### What if I can't see the Continue button?
https://recsupport.commonapp.org/.../s/article/What-if-I-can-t-see-the-Continue-button
Apr 11, 2018 - If you are unable to see the "**Continue**" **button** at the bottom of a page or the upload preview window, please use the following methods to resize ...

### Continue button - move to next lesson? - Rise 360 Discussions - E ...

91

https://community.articulate.com/discussions/rise.../continue-button-move-to-next-less... ▼

May 5, 2018 - Hi, I'm using Continue dividers/buttons at the end of each lesson to ensure ... Yes please do the additional options for the **Continue button** - it ...

### How to customize the Continue button on feedback layouts - Articulate ...

https://articulate.com/.../how-to-customize-the-continue-button-on-feedback-layouts ▼

Oct 5, 2016 - Watch this video tutorial to learn how to replace the default **Continue button** for question feedback in Articulate Storyline 1 with your own custom ...

### i keep pushing the continue button but i can't advance ...

https://ttlc.intuit.com/.../4378207-i-keep-pushing-the-continue-button-but-i-can-t-adv... ▼

Mar 25, 2018 - If you select the Transmit Returns Now **button**, and it doesn't seem to be working, the most likely source of the problem is "cookies," little pieces of code that are ...

| | | |
|---|---|---|
| **Continue button** doesn't work on efile for state | 18 answers | Feb 13, 2019 |
| I clicked the AGI button and then the **continue button** ... | 4 answers | Feb 11, 2018 |
| NO **continue button** on how did you do taxes last year | 4 answers | Feb 10, 2018 |
| I bought the CD from Costco, and the **continue button** ... | 1 answer | Feb 9, 2018 |

More results from ttlc.intuit.com

### Searches related to continue button

| | |
|---|---|
| continue button **png** | **shutterstock package** |
| continue button **html** | **shutterstock free plan** |
| **next** button | **shutterstock english site** |
| continue **synonym** | **shutterstock monthly cost** |

1   2   3   4   5   6   7   8   9   10      Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# SCHEDULE 2
# DOCUMENT 15

Google

continue button

Sign in

All   **Images**   Videos   Shopping   News   More          Settings   Tools          SafeSearch

png   fotolia   shutterstock   pixel   vector   image   validate   icon   stock   internet   adobe   illustration


shutterstock.com · 517135285
continue button Images, Sto…
shutterstock.com


shutterstock.com · 521674864
continue button Images, Sto…
shutterstock.com


Continue Button Royalty Free Cli…
123rf.com


shutterstock.com · 257039182
continue button Images, Sto…
shutterstock.com


shutterstock.com · 182458721
continue button Images, Sto…
shutterstock.com


Continue Button
123rf.com


shutterstock.com · 184602284
continue button Images, St…
shutterstock.com


Continue Button Royalty Free …
123rf.com


shutterstock.com · 591530576
continue button Images, Sto…
shutterstock.com



button set Royalty Free Vector…
vectorstock.com


CONTINUE" Button (web internet next …
stock.adobe.com




Continue Button Royalty Free …
123rf.com


Search photos "continue button"
eu.fotolia.com


CONTINUE" Button (web internet validate …
stock.adobe.com




shutterstock.com · 522526538
continue button Images, Sto…
shutterstock.com


Continue
123rf.com






Continue button icon — Stock Ve…
depositphotos.com


Continue Button, Button Vector, Button…
pngtree.com


web internet next submit click here go …
stock.adobe.com


continue-button – Denali Destroyer …
denalidestroyers.org


Continue Button | Pixel Art Maker
pixelartmaker.com

Continue Button Stock Illustrations – 2 …
dreamstime.com

Continue button icon — Sto…
depositphotos.com

Search photos "continue button"
eu.fotolia.com



Arrow, continue, direction, f...
iconfinder.com



Continue button on feedback layouts ...
articulate.com



Continue button icon — St...
depositphotos.com



Continue Button | Pixel Art Maker
pixelartmaker.com



Continue bu...
fotolia.com



Index of /wp-content/uploads/2015/01
irfinancenw.com



hoverboard Now click continue button ...
justpaste.it



Does the position of icons in buttons ...
ux.stackexchange.com

continue button Im...
shutterstock.com



Search photos "continue button"
eu.fotolia.com



Continue Button Stock Vec...
shutterstock.com



Lucktastic | Facebook
facebook.com



Click here to continue button
moneyminingmoves.com

Sa...
sim...



Popup Storefront ...
docs.fastspring.com



run repetitive tasks with button flows ...
docs.microsoft.com



Click to Continue – Senczyszak.com
senczyszak.com



Constant Contact – Integromat Su...
support.integromat.com



Can I pay by credit card if I do not ...
jctonline.org



How To Design Better Buttons ...
smashingmagazine.com



How to remove "Continue" button on ...
forum.opencart.com



Download Free Clip Art ...
clipart-library.com

During the checkout 'Pay step ...
littlebigdetails.com

CONTINUE" Button (web inte...
stock.adobe.com

Oklahoma Medical Marijuana Authority ...
omma.ok.gov

New Save and Continue Button
community.nintex.com

Index of /wp-content/uploads/2012/02
segumar.net

Lead Ad to Target New Contacts ...
knowledgebase.constantcontact.com

Continue button set vector.
canstockphoto.ca

Customize system messag...
typeform.com

Not ge
stacko

navigation - Save & Continue Button ...
ux.stackexchange.com

Fixed] Magneto Installation Continue ...
whyseomatters.com

Tools :: Creating a form – ReachMail
reachmail.zendesk.com

Comple
sitegrou

Fixed] Magneto Installation Continue ...
whyseomatters.com

Question blocks
docassemble.org

Certifications
sansvidm.com

Email – Integromat Supp
support.integromat.com

Customize system messages | Typeform ...
typeform.com

Business Profiles – Sendible Support
support.sendible.com

Save and Continue Feature
simfatic.com

Sensory Activities : Edible Water Be
funlittles.com

Them's Good Broth! | Amazon Seller Account
stiobhart.net

OK and Cancel Buttons: W...
measuringux.com

Player Registration
ayso31.org

Gorilla
gorilla.sc

button be di
ux.stackexch

Add a Trackable Coupon to an Email ...
knowledgebase.constantcontact.com

Search photos "continue button"
eu.fotolia.com

Kickstarter Tips – FindlayCo
findlayco.com

iBank Popmoney
bcna.com

**Doug Bania**
Nevium Intellectual Property Consultants
dougbania@nevium.com
858.255.4361



| | |
|---|---|
| **PROFILE** | Doug Bania is a founding principal of Nevium Intellectual Property Consultants.  Nevium is an intellectual property consulting firm specializing in developing IP strategies, IP valuation and monetization of IP as well as providing expert testimony related to IP damages and licensing customs and practices. |
| | Mr. Bania has been the named expert for approximately 57 cases, deposed 14 times and has provided mediation testimony 3 times and trial testimony 4 times. |
| | Mr. Bania is a Certified Licensing Professional (CLP), a Google Analytics Certified Individual (GAIQ) and is a committee member for the International Trademark Association (INTA) Internet Committee, the ICANN Compliance and Domain Name Industry Subcommittee and the American Bar Association (ABA), Copyright & Social Media Committee. |
| | Mr. Bania specializes in analyses for copyright, trade dress, trade secrets and trademark infringement, publicity rights, social media and Internet infringement, defamation, marketing strategy analyses, royalty rate determinations and other intangible assets. Mr. Bania also provides valuation and monetization strategies for trademarks, trade secrets, publicity rights, domain names, Internet and social media assets, brands, copyrights and other intangible assets for financial reporting, bankruptcy and transactional due diligence. |
| **EXPERT WITNESS HISTORY** | Merck & Co., Inc. and Merck Sharp & Dohme Corp. v. Merck KGAA, USDC District of New Jersey; Case No. 16-cv-00266. **Google Ads Investigation**, Expert Report, Deposition, 2019. |
| | Platinum Logistics WY, Inc. vs. Platinum Cargo Logistics, Inc. DBA Platinum Cargo; et al., USDC Southern District of California; Case No. 13-cv-1819. **Trademark Damages**, Expert Report, 2019. |
| | Thelonious Sphere Monk, Jr. as Administrator of and on behalf of the Estate of Thelonious Sphere Monk vs. North Coast Brewing Co., Inc., USDC Northern District of California; Case No. 17-cv-05015. **Trademark and Right of Publicity Damages**, Expert Report, Deposition, 2018. |
| | GOLO, LLC v. Zoco Productions; Mehmet Oz, M.D.; and Keri Glassman, USDC for the Eastern District of Pennsylvania; Case No. 1:17-cv-08461-KBF. **Unfair Competition and False Advertising**, Expert Report, 2018. |
| | Lauren Mountain v. Mehron, Inc.; Martin Melik; Michael Costello and Stephanie Costello, USDC Central District of California Western Division; Case No. 2:18-cv-00080-JAK-MRW. **Copyright Damages**, Expert Consulting, 2018 |
| | Big League Analysis, LLC vs. The Office of the Commissioner of Baseball, The United States Baseball Federation, Inc., and Noah Garden; Supreme Court of the State of New York County of New York; Case No. 152702/2017. **Website, SEO Analysis, Internet Impressions, Visits and Damages**, Expert Report, Mediation Testimony, 2018 |
| | PS1, Inc., vs. TTL Automotive Enterprises, Inc., American Arbitration Association, Case No.: 01-17-0005-3284. **Trade Dress Investigation**, Expert report, 2018 |
| | North Carolina, Craven County, Jones County v. Beer Army, LLC, Dustin J. Canestorp, Beer Army Productions, LLC, and Ribeyes Steak House of New Bern 2, LLC and Bad Boy Foods, |

# SCHEDULE 2
# DOCUMENT 16



100

# SCHEDULE 2
# DOCUMENT 17



continue button with arrow

All   Images   Videos   Shopping   News   More          Settings   Tools

About 70,000,000 results (0.50 seconds)

Images for continue button with arrow

    

→  More images for continue button with arrow                    Report images

**continue button Images, Stock Photos & Vectors | Shutterstock**
https://www.shutterstock.com/search/continue+button
**Continue** Icon Buttons. **Arrow** right longshadow icon. Style is a blue rounded square **button** with a white rounded. Vector more, next **buttons** - black and color ...

**Continue button with animated arrow - CodePen**
https://codepen.io/clementpigeon/pen/IKwzJ
@font-face { font-family: 'icomoon'; src: url('https://tympanus.net/Development/ CreativeButtons/fonts/icomoon/icomoon.woff') format('woff'); } body { background: ...

**CodePen - Continue button with animated arrow**
https://codepen.io/clementpigeon/full/IKwzJ
**Continue button** with animated **arrow**. A Pen By Clément Pigeon. Run Fork. Change View. Open this Pen in: Editor View /pen/ Details View /details/ Full Page ...

**Click the Next button or Click the Next arrow t... | Adobe ...**
https://forums.adobe.com/thread/1001982
May 10, 2012 - 4 posts - 2 authors
Click the Next **button** or Click the Next **arrow** to **continue**. Which statement do you use and why?
Quiz **continue button** in Captivate 9 not working    42 posts    Oct 31, 2017
How to remove **continue button** from slide "...    26 posts    Jan 14, 2011
More results from forums.adobe.com

**Arrows Icons - 35,404 free vector icons - Flaticon**
https://www.flaticon.com/categories/arrows
**Arrows** free vector icons in SVG, PSD, PNG, EPS format or as ICON FONT. Thousands of free icons in ... related icons. What is this? Keyboard right **arrow button**.

**[#MOBILE-2099] Include a continue button (or arrow) at the bottom ...**
https://tracker.moodle.org/browse/MOBILE-2099
May 27, 2017 - In tablets or devices with a large screen, when a student is doing a quiz is not easy to press the top right **arrow** to **continue**. We should do ...

**usability - Does the position of icons in buttons affect the user ...**
https://ux.stackexchange.com/.../does-the-position-of-icons-in-buttons-affect-the-user ...
4 answers
Aug 13, 2015 - **Buttons** such as "Next" and "**Continue**" often use an icon to ... timeline direction ( as with the next **button**, where the **arrow** is after the text), ...

**8 Tips To Use The Next Button In eLearning - eLearning Industry**
https://elearningindustry.com › Articles
Jun 28, 2015 - Even if you are going to use the traditional **arrow**, clearly state that in the ... Keep it simple by adding just one next **button** and one back **button** to ...

**Efile page to pay is too large - continue button not visible or ...**
https://ttlc.intuit.com/.../4702005-efile-page-to-pay-is-too-large-continue-button-not-v...

102

Ready to efile so click on appropriate buttons to **continue**. ... try scrolling down with the **arrow button**. or shrinking your screen with the mouse ...

Searches related to continue button with arrow

continue button **png**

continue button **html**

**next** button

**right** arrow **icon png**

arrow **svg free**

**shutterstock**

**down** arrow **icon png**

**left** arrow **icon**

1  2  3  4  5  6  7  8  9  10          Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# SCHEDULE 2
# DOCUMENT 18



continue button with arrow

Sign in

All   Images   Videos   Shopping   News   More   Settings   Tools

SafeSearch

 images    mouse arrow    dotted arrow   symbol   white background   icon   set vector   template   blue   flat   png




Green Button Continue Text Arro...
shutterstock.com


button with arrow. Vector illustration ...
stock.adobe.com


Arrow Symbol Continue Text Stock ...
shutterstock.com


direction, move, next, pointer ...
iconfinder.com


Arrow, continue, direction, for...
iconfinder.com


arrow button in iOS8 - Stac...
stackoverflow.com


submit arrow validate click here ...
stock.adobe.com


Continue Web Button And Mouse Arrow On ...
istockphoto.com

Next Page, Continue, Search...
dreamstime.com


WebQuest | Miss Gleason's Blog
kgleason.wordpress.com


Arrow Read More Button Sto...
123rf.com


dotted arrow in purple gradient circ...
storyblocks.com


Arrows Icons - 35,267 free vector icons
flaticon.com


Continue Web Button And Mouse Arrow On ...
istockphoto.com

Free pho...
avopix.co...


Blue Website Button Stock Vector Images ...
alamy.com


direction, forward, move, next, pointe...
iconfinder.com


Continue icon. internet button on w...
canstockphoto.com


Bloodborne Pathogens Course Enrollment ...
michiganvirtual.org

button name · Issue #3701 · oppia ...
github.com

Native Arrow Button by Nathan Thomas ...
dribbble.com

Remove arrow from the 'Continue R...
forum.pagelines.com

Does the position of icons in buttons...
ux.stackexchange.com







Continue Button by Umut Silliman ...

dribbble.com

Design tab click the arrow ne...

coursehero.com

Setup viewneo 4K SignageBox with remote ...

support.viewneo.com

Add a 'Continue shopping' link to your ...

help.shopify.com









Multimedia Continue Storyboard by ...

storyboardthat.com

CLICK THE BUTTON ABO...

pinterest.com

Click to continue. What do the buttons ...

slideplayer.com

button name · Issue #3701 · oppia ...

github.com









Watch video button stock vector ...

dreamstime.com

Continue Web Button And Mouse Arrow On ...

istockphoto.com

Path to Leadership Course Enrollment ...

michiganvirtual.org

Viewing Histor...

vacms-training.c











Setup viewneo 4K SignageBox with remote ...

support.viewneo.com

Send Agentology Notes to Liondesk | Zapier

support.agentology.com

Click the left mouse button to continue ...

slideserve.com

Future past arrow button s...

canstockphoto.com.au

Check...

com













Arrow Shirts | Wrinkle Free ...

poshmark.com

entries - Is there a way to change what ...

craftcms.stackexchange.com

Unity UI Disable Annoying ...

answers.unity.com

EvoPrinter Instructions

evoprinter.ninds.nih.gov

Mozilla Thunderbird

oit.umr.edu

New Pag...

help.geck





Future past arrow button set v...
canstockphoto.com.au



7 Speed Reading- User Manual
7speedreading.com

Archiving Your Email in Outlook for Mac
oit.unt.edu

Buttons - Controls - iOS - Human ...
developer.apple.com

connect En
help.engage



Resetting Your BENGMC.com Password ...
bengmc.com



Search By Name
portal.njcourts.gov

BIM360 Docs - Upload-screen hide ...
forums.autodesk.com



Arrow Bradstreet Shirts | Button ...
poshmark.com

to config
slidesplaye



AWS Instructions | Walking Man ...
wmpky.com



Proctoring Handbook
slideshare.net

connect Engagebay and GoogleSheets ...
help.engagebay.com



Shutterstock - PuzzlePix
shutterstock.puzzlepix.hu



Moving a selection icon with keyoard ...
answers.unrealengine.com

How to use 'Continue on PC' for Android ...
windowscentral.com



Supermetrics Into Your Excel File ...
support.supermetrics.com



Search photos "confirm button"
fotolia.com



Hướng dẫn tạo blogspot
slideshare.net

Zone Quilting with THE Dream Motion Pro ...
blog.brothernews.com

Icon Vector Series 145106 - WeLoveSoLo
welovesolo.com



AWS Instructions | Walking Man ...
wmpky.com

SPSS S
bayes.ac















WhatsApp messages to a new phone ...
windowscentral.com

How to Reset Your Photomyn...
photomyne.com

5.7.2 "Client Access for Windows ...
ibm.com

How to Add Read More to Wordpres...
wikihow.com

MOCC: Add New C...
michiganvirtual.org









Skype for Business iOS ap...
partnersupportsite.vardynami...

Bio-ARROW - General Help - Save Protocol
kb.wisc.edu

Medienimpulse
medienimpulse.at

St. John's University Matching Gifts ...
stjohns-isd.webtma.net

Send Agentology Notes to ...
support.agentology.com











Create a BOL in the App – ...
gophre.zendesk.com

SIP Transactions in HDFC Bank ...
fincash.com

To Be Continued Arrow Pn...
sclance.com

Getting Started with E-Alerts | NETCU
thenetcu.com

More I...
welove











State of Nevada
detr.state.nv.us

Scholastic Source Directory - Wiki
wiki.lexisnexis.com

AutoSum button arrow and...
coursehero.com

SPSS Short Course Module 9 Cate...
bayes.acs.unt.edu

Bio-A...
kb.wi











Enter Site Buttons - Arrow Buttons ...
dreamstime.com

Continue to Checkout - uXL Themes
uxlthemes.com

live audio from your mobile p...
meherchannel.com

Commutation
elmomc.com

Arrow...
postim











Step 2
focusing.org

Genarrator | "DAPCHI" by Siju Yusuf
genarrator.org

Airports and Civitavecchia tra...
romashuttleairport.it

Checking Java Version
customer.brainfuse.com

credi...
iunap











Register as a Vanpool Coordinator
psc.gov

Nav Bar Icons or Re-arran...
xda-developers.com

How to Shop Online in South...
nutrianceskincare.com

First Step Internet
far.com

Arrow Vectors, Photos and...
freepik.com











ACA Citizen Portal - Guide...
longmontcolorado.gov

contentACCESS Manual - version 3.1 ...
tech-arrow.com

31 Call-to-Action Examples You Can't ...
blog.hubspot.com

Delete a Partition in OS X Yosemite
simplehelp.net

Table Microsoft Ex...
whatafan.club











Continue icon. internet button o...
canstockphoto.com

GUIdebook > ... > LisaGuide > Summaries
guidebookgallery.org

Kaspersky Antivirus Customer Su...
view.joomag.com

createablog - rcomeford
sites.google.com

Click to conti...
slideplayer.com











Groups Using Zapier – Mighty Networks ...
faq.mightynetworks.com

UX] Voice-Messages don't get...
github.com

Lesson 6.4. Debugging a project - PC ...
help.windev.com

How to download YouTube vid...
steemit.com

tax help from
wittw.com











Accord LMS Support Portal
support.accordlms.com

Arrow continue 090 left Icon | Fugue ...
de1.iconarchive.com

Tour Help - The Madison Historical Society
madisonhistory.org

RELEASED] Dialogue System ...
forum.unity.com

First Ste...
far.com



Screen Sharing Help - OlympusNet
olympus.net



Lanset.net Internet Access Configure ...
support.lanset.net



Arrow ConnectTM IoT Solution ...
devconnectprogram.com



Flutter - Didier Boelens
didierboelens.com



credit card (without a paypal account ...
lunaproductions.com



disable Bixby on Samsung Galaxy ...
androidcentral.com



Hướng dẫn tạo blogspot
slideshare.net



Unloading Newest Royalty-Free ...
imagenic.com



Alla Kholmatova ...
twitter.com



contentACCESS Manual - version 3.6
tech-arrow.com



redeematlanta | Using Your Credit Card ...
redeematlanta.org



Gradebook Overview : Aeries ...
support.aeries.com



OS9 Setup for MichUSA Mac OS8
michusa.com

How to Shop
nutriancesking...



Investment Publications / How to buy ...
investment-publications.com



e-services - My Class Roster
global.dt.uh.edu



How to Comment on the HI,...
healthasahumanright.wordpr...



Buy Archery Scorecard - Microsoft Store
microsoft.com



Calibration 72609 | manualzz...
manualzz.com



Frequently Asked Questions ...
summervillecpw.com



INTEC Video Systems - Troubleshooting
intecvideo.com



Piazza for Students | Rutgers ...
onlinelearning.rutgers.edu











Step 2
focusing.org

Free Login Button Icon 412600 ...
chittagongit.com

ExcimerLaserMachining_SOP
seas.upenn.edu

Valley Internet iMac Connection Setup
vallnet.com

connect En...
help.engage











USING SPSS FOR WINDO...
studylib.net

The NES Files http://www.nesfiles.com
nesfiles.com

Continue Symbol - New York...
senior-club.info

How to Delete 'Continue Watching' On ...
lifewire.com

District User Registration - M
michiganvirtual.org











Mac Internet Setup Assistant
toenet.net

Using the Firewall Filtering Policy Slider
lds.org

Mac OS 9 Internet Setup
member.yosemite.net

Web Hosting and Register Domain ...
gomanilahost.net

Continue Button In Is Not Wo...
yuiweng.info











Acquiring and Validating Digital ...
online.fliphtml5.com

Track Recording) in OruxMaps ...
oruxmaps.com

fix Home button lag on your iPhone ...
cultofmac.com

Check-In Kiosk – iClassPro Sup...
support.iclasspro.com

Reward your customers
michaeldain.com









DIRECTV Genie new menus ...
blog.solidsignal.com

How to Access Live View – ...
support.blinkforhome.com

Trainees TMS Self-Registration ...
miami.va.gov

Lanset.net Internet Access Configur...
support.lanset.net











3 hidden Android customization settings ...
pcworld.com

WiFi Range Extender User...
fccid.io

Republic Anywhere Group Text - Unable ...
forums.republicwireless.com

Instagram Concept: Scheduling F...
blog.prototypr.io

How to use ...
windowscentr











doTERRA Wholesale Member
forgreenpeas.com

ClearSounds CL600 User ...
manualsdir.com

ICON-NMR. The Solvent icon
triton.iqfr.csic.es

Importing data into Outlook 2011 for ...
servicedesk.cit.ie

Logging In to NevadaE...
oit.unr.edu











iMobie PhoneRescue Review: Does It ...
softwarehow.com

Lazarus Handbook / Macros -...
blaisepascalmagazine.eu

USP Account FAQ
register.usp.org

online form for 2019-2020 Welcome page ...
stthomas.edu

submit valida...
stock.adobe.c











disable Bixby on Samsung Galaxy ...
androidcentral.com

my weebly sign in - Ecosia
ecosia.org

Learning Robotic Process Automation ...
oreilly.com

Mac OS 9 Internet Setup
member.yosemite.net

Updati...
kensto...









apps on the Blu-ray Disc player ...
sony-latin.com

Update Xbox One Controller
support.xbox.com

PDF file on an iPhone or iP...
iphonejd.com

Valley Internet Mac OS 8.0 Connection ...
vallnet.com









OS9 Setup for MichUSA Mac ...
michusa.com

Using Vend for iPad – How can we help?
support.vendhq.com

Track Legislation & Contact Your Legislator
mtbf.org

Windows for Workgroups 3.11 ...
guidebookgallery.org

TinyP...
sourc...




31 Call-to-Action Examples You Can't ...
blog.hubspot.com


11 Redo Button Icon Images - Microsoft ...
newdesignfile.com

Low-pass filter for the lfe chan...
manualsdir.com

Hp officejet 4630 e all in one pri...
issuu.com

How to Run Androi...
simplehelp.net


GLIS-NET
glis.net


Manage Produ...
kb.asicentral.co

RoS BOT Modern UI Update | Diablo 3 ...
ros-bot.com

Whatsapp Accounts on An...
dunia-it.com

Electronic Signature Pages | California ...
csulb.edu


Ure Homework 09 PhET Simulation Ic ...
chegg.com


Modifying User Access Rights
interactivebrokers.co.uk


Submit a Brief Thursday, September 11 ...
cdn.ca9.uscourts.gov

5 Tips to Help You Design ...
builtloadapt.io


Continue icon. internet butt...
canstockphoto.com


Skype for Business iOS ap...
partnersupportsite.vardyname...


10 New Instagram Feature...
alextooby.com


Overview of the PCA service
registrations.dhs.state.mn.us


Apple Mail for Mac OS X ...
docplayer.net


Remove M...
support.sup


Acronis True Image: adding a previously ...
kb.acronis.com


Hard Hat Harry Screenshots for ...
mobygames.com


Delete TurboTax Account | How To Acc...
howtoaccount.com


Connecting to Selected Mailboxes
lucid8.com


Snipped-Wel
mozenda.com















Gluocard 01/ReliOn Confi...
support.glooko.com

Trial Balance Wizard
help.comsenseinc.com

REM002 RF Remote Contr...
fccid.io

IST PRINTING- U.K. MAN...
files.arcadeinfo.de

Breakpoints and local variables ...
rusoaica.com

SAF...
tutor









How To Join
priado.blogspot.com

PCLinuxOS Magazine - HTML
pclosmag.com

12.2 Running Repeated Measures ANOVA
wwwstage.valpo.edu

5. Adding Action Plans & Resource ...
delmar.instructure.com











Contribute Tutorial - Introduction
www2.uwstout.edu

Trail Creating Tool - Wikiloc ...
help.wikiloc.com

Registering for a NHA Exam
swtjc.edu

Running Inspections on a M...
hertzler.com

Cmap
cmap.ih









WebMoney
jewishbook.ca

Amazon.com: Queens & Arro...
amazon.com

EKITI STATE UNIVERSITY, ADO-EKITI In ...
kwooelorin.edu.ng

Remove If you are 18+ tap "Allow...
bleepingcomputer.com

Us...
kb











TU to Continue Basketball Bingo for ...
athletics.taylor.edu

ENROLLMENT HELP GUIDE - PDF
financedocbox.com

Jailbreak iPhone 3G 2.2.1 with Pwnage ...
imore.com

Using the Dome Siren with ...
dome.zendesk.com

Email
basici






PPT - Take a deep breath and rel...
slideserve.com

UNITED STATES RIDDLES By ...
slideplayer.com


GoCSG.net
gocsg.net


Leaving a Comment | Greenroads Rating ...
greenroads.org



Customize Mous...
davescomputertips...


Web Hosting and Register Domain ...
gomaliahost.net


Tech | jamesisy Photography
jamesisy.com


Adding a User- Classic Account Management
interactivebrokers.com


Training proposals stage - ...
bigle.de


Discount Cond...

LemonSta...
docs.lemon


3 hidden Android customization settings ...
pcworld.com


How to install Ubuntu in Wind...
osstuff.com


MOCC: Add New Course Syllabi - Michigan ...
michiganvirtual.org


Apple TV remote's new buttons ...
cultofmac.com


Editing Name...
archmil.org


Software Screenshots | Cengage Australia
cengage.com.au


Instructions to unlock, read...
idoneapps.com


How to Shop Online in South Africa | 25 ...
nutrianceskincare.com


How to Upgrade Your Mac to High Sierra
howtogeek.com


DSA SPSS
bayes.acs.un...


INHRI
schunfried.com


2018-19 Online Registration
usd410.net

Scanned Document by JoachimB for ...
the-eye.eu


addpoll.com Tutorials & FAQ - Page 3 of 3 ...
help.addpoll.com


Planning a route
download.tomtom...


Domain Name with GoDaddy ...
karenswebworks.com

OZEKI - User accounts LDAP support
ozeki.hu

Brushed Stainless Steel Circular ...
homebits.co.uk

CIC for Salesforce - Organize Personal ...
help.genesys.com



TinyPaw-Linux / Wiki / Inst...
sourceforge.net



Certificate Signing Request...
entrustdatacard.com



Orion — Stars in the Optical
gb.nrao.edu



Job Match Profile Instructions for ...
wisconsinjobcenter.org



Technology Services / Google...
rcs.rome.ga.us



University of South Alabama Housing
southalabama.edu



Digital Transformation
aap.org



How To Jailbreak iPhone 3...
ihelplounge.com



Updating the Mac OS, QuickTime Pro and ...
kernstone.net



Nwt Mens Button Up Grey Dress Shirt ...
poshmark.com



I.E. REGISTRATION PROCEDURE 1. Press ...
govst.edu



Macintosh OS 9 Internet Setup
socalfree.net



CenturyLink. Prism TV. Quick ...
docplayer.net



Arrow Vectors, Photos and PSD file...
freepik.com



Launch Schedule Utilities
mathcs.holycross.edu



Timeline Tool Overview | Lemonly ...
lemonly.com



ExcimerLaserMachining_SOP
seas.upenn.edu



Resources
web.cortland.edu



Invite your clients to access a ...
support.planwithvoyant.com



Manage Pages - Devices — Exosite Support
support.exosite.com



Teaching Safety — Empowe...
davenportdiocese.org



ABOUT US OUR MISSION
olsondesigngroup.com



JUCE Assertion failure in ...
forum.juce.com



Toggl Timer: Keeping Time Tra...
iphone.appstorm.net



EKITI STATE UNIVERSITY, ADO-EKITI in ...
kwcoeilorin.edu.ng



How to
lifewire.c



**Fine Tuned**

Unit Adjustment

Introducing The New Visual Builder ...
elegantthemes.com



Training proposals stage - BIIGLE
biigle.de



Color correcting the DA Lab ...
gustavus.edu



Provincial Court Forms Instructions
courts.ns.ca



Archivii
oit.unt.e



Installing Ansys Student 18.1
kb.wisconsin.edu



Another Facebook Change...
kfk985.radio.com



Attorney Training Manual - PDF
technodoctorx.com



Wyandotte – Wyandotte Online
wyandotte.wyan.org



Becky
nttman



How do I delete a player profile from ...
leapfrog.happyfox.com



Chief Architect Manual - P...
view.publitas.com



First Step Internet
fsr.com



Creating an FCOE Disclosure ...
usf.edu



JobNet Business
wisconsinjobcenter.org



SaaS Trial Theme
try.flashissue.com



How to Detach a Process
social.msdn.microsoft.com



Icons | Font Awesome
fontawesome.com



addpe
help.a



Cricut Explore Air ...
geeksandglitter.com



Designing The Perfect Accordion ...
smashingmagazine.com



Green button with continue text and ...
stock.adobe.com



Navigate the 3D View
teledynecaris.com



How do I analyze data in SPSS for ...
statistics-help-for-students.com



Furniture Store: Affordable H...
roomstogo.com



YouTube Transcription ...
transcribeme.com



Donation to the Russian LGBT Network ...
dalecameronlowry.com





Visual Cues during Movement...
researchgate.net

HP Refill Cartridge Chip Info Hack
bchtechnologies.com

Danby DDR070BDWDB Review - P...
toptenreviews.com

How do I edit my domain contacts ...
support.rebel.com

Untitle
acecwi







for Python Students: October 2016
pythonnovice.com

Tec Tawk: Informatica Debugger
g33kyt.blogspot.com

Siebel CRM Part 3: The Download of the ...
red-gate.com

Using Adobe Mixamo to rig a custom ...
flipsidexr.com

Existing Media Sequence at App...
captureproof.com

ManEx KB
manex.com

Certificate Signing Request ...
entrustdatacard.com

Model 2020 User Manual 102099 003 r...
usermanual.wiki

DUIGIOIS IDBII
mocagh.org

Google Drive: How to upload, download ...
androidcentral.com

Hide a Next Button in Captivate Until ...
youtube.com

Link An Existing Employer Account ...
e-verify.gov

How to use 'Continue on P...
windowscentral.com

Ele
arrc

Using SPSS for Factorial, Be...
academic.udayton.edu

How to Screenshot Entire Webpage? 8 ...
softwarehow.com

Allow Reading Assistant Plu...
help.scilearn.com

Exam Simulator 902 | Se7enSins Gaming ...
se7ensins.com

Study
quizle

Visual Studio Tutorial ...
cs-people.bu.edu

Arrows - Free arrows icons
flaticon.com

Editing Names: Parishes and Schools
archmil.org

Client Support & Configuration ...
it.health.uci.edu

Installing E
oaktable.ne

How to Order Red Sox Tic...
fenwayticketking.com

Technical manual ...
doc.ez.no

SMARTBOX Knowledge Base
support.smartboxasia.com

Coinstar Kiosk UI – Marcus Pape ...
marcuspape.com

Team Registration
firstinspires.org

Register for Online Services and M...
ird.govt.nz

Starting PowerPoint PDF
technodocbox.com

COL7A1 gene variants database - Data ...
col7a1-database.info

Designing the Telekom Ro...
grapefruit.ro

Show more results

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 19

 **Google**

multi step form headlines     🔍     Sign in

All    News    Videos    Images    Shopping    More      Settings    Tools

About 28,000,000 results (0.61 seconds)

### A Reminder Why Multi-Step Forms Can Increase Conversions ...
https://instapage.com/blog/multi-step-form-part-2
Apr 9, 2019 - Plus, the results Instapage saw from their own **multi-step form** test. ... The **headline** explains the product's UVP; The copy tells them how the ...

### A multi-step form - Instapage
https://instapage.com/blog/multi-step-form-examples
Oct 22, 2018 - Learn from these **multi-step forms** examples to reduce friction, persuade ... The **headline** states how many steps are involved with signing up, ...

### 5 Excellent Multi-Page Form Examples for Your Inspiration - WPForms
https://wpforms.com/excellent-multi-page-form-examples-for-your-inspiration/
Apr 11, 2018 - Do you need some inspiration for your website's **multi-page forms**? ... To start, they have a bold **headline** telling the visitor what to expect after ...

### Why You Should Use A Multi Step Landing Page | Disruptive Advertising
https://www.disruptiveadvertising.com/conversion-rate.../multi-step-landing-page/
Jan 11, 2015 - Are you aware you should be using a **multi step** landing page? ... love to feel included, so take advantage with your lead **form headlines**!

### Why You Should Create Multi-Step Forms and How They Can ...
https://blog.hubspot.com/marketing/multi-step-forms
Oct 12, 2018 - A **multi-step form** is a long **form** that is broken into **multiple** pieces. They're used to make long **forms**, such as shipping or registration **forms**, less intimidating and daunting. By allowing customers and leads to complete their information in smaller chunks, you create a positive user experience and increase conversions.
Missing: ~~headlines~~ | Must include: **headlines**

### Lead Generation Forms: 22 Examples to Help You Convert More Leads
https://blog.hubspot.com/marketing/lead-generation-forms
Oct 16, 2018 - Slack keeps things simple with their **multi-step** lead generation **form**. ... The **form** is clean, contains no distractions, includes **form** field **titles** that ...

### Why Multi-Step Lead Forms Get up to 300% More Conversions
https://www.ventureharbour.com/multi-step-lead-forms-get-300-conversions/
Mar 13, 2019 - The tool had a **multi-step form** that converted 53% of site visitors into 'leads', despite asking a lot of questions (including email, name, phone ...
Missing: ~~headlines~~ | Must include: **headlines**

### 2019's Best Lead Generation Forms - 21 Examples To Try
https://www.ventureharbour.com/high-converting-lead-generation-forms/
Feb 4, 2019 - See examples of lead generation **forms** converting up to 46%. ... well-crafted personalised **headline**, I imagine this **form** converts very well for SingleGrain. ... eToro have turned this part of their lead gen **form** into a '**wizard**' that ...

### 19 Form Design Best Practices to Get More Conversions + Examples
https://www.crazyegg.com › Blog › Conversion
May 25, 2018 - I love **multi-step forms** because they give the impression of simplicity. ... Using the data, you can decide where your **form's headline** and CTA ...

### [Multi Step Form] Support | WordPress.org
https://wordpress.org/support/plugin/multi-step-form/
Support » Plugin: **Multi Step Form**. Search for: ... mondula2016 · Send Completed **Form** to Multiple Emails ... mondula2016 · Email **headline** with HTML.

Multi Step Form Builder | Create User Friendly Forms

Ad www.123formbuilder.com/multistep/formbuilder ▾

Track Your **Forms** Performance Through In-Depth Analytics. Start Building Your **Form** Now. Using Our Free Drag & Drop **Form** Builder It's Easy To Create Any Web **Forms** & Online Surveys. Easy Lead Collection. Quick Setup. **Multiple** Notifications. **Multiple** Payment Gateways.

Domain Aliasing · Integrate With 3rd Party · More Advanced Features · Enhanced Security · Go social

Searches related to multi step form headlines

| | |
|---|---|
| multi step form **examples** | multi step **lead** form |
| multi step form **design** | **jquery** multi step form **example** |
| **instapage** multi step form | multi step form **bootstrap free download** |
| multi step form **wordpress** | multi step **registration** form **template** |

1   2   3   4   5   6   7   8   9   10        Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 20



| "multi step form" "headlines" | 🔍 | Sign in |

All   News   Videos   Images   Shopping   More       Settings   Tools

About 9,960 results (0.45 seconds)

### Why You Should Use A Multi Step Landing Page | Disruptive Advertising
https://www.disruptiveadvertising.com/conversion-rate.../multi-step-landing-page/ ▾
Jan 11, 2015 - People love to feel included, so take advantage with your lead form **headlines**! ... They are landing pages that have a **multi-step form** or multiple ...

### A Reminder Why Multi-Step Forms Can Increase Conversions ...
https://instapage.com/blog/multi-step-form-part-2 ▾
Apr 9, 2019 - A **multi-step form** is exactly what it sounds like — a long-form broken down into multiple pieces/steps to make an otherwise long form less intimidating for visitors to complete. The additional fields only appear after a visitor has filled in their baseline information, like name and email address.

### 25 of the Best Landing Page Examples from Top Companies to Inspire ...
https://instapage.com/blog/best-landing-page-examples ▾
Aug 28, 2018 - Breaking this up into a **multi-step form** could reduce form friction and .... The primary and secondary **headlines** are compelling because they ...

### 19 Form Design Best Practices to Get More Conversions + Examples
https://www.crazyegg.com › Blog › Conversion ▾
May 25, 2018 - ... feels less overwhelming, though, because of the **multi-step form**. .... have high-contrast CTAs, easy directions, and good use of **headlines** and ...

### The Online Form: 6 Proven Tips For Higher Conversions - KlientBoost
https://klientboost.com/cro/online-form/ ▾
Dec 10, 2016 - Using a **multi step form** can seem counterintuitive. ... Test out **headlines**, copy, length, colors, steps and fields to see which ones will get you the ...

### Top 50 Multi Step Form Freelancers for Hire In February 2019 - Upwork
https://www.upwork.com/o/profiles/browse/?q=multi-step-form ▾
Find freelance **Multi Step Form** specialists for hire, and outsource your project. ... sales pages, articles that pulled half a million views, and **headlines** that went ...

### Instapage Multi Step Form (Updated 2019) - Appz Bizz
https://www.appzbizz.com/instapage-multi-step-form/ ▾
Instapage **Multi Step Form** - simply click here for more information! ... From there you can include **headlines**, paragraphs, images, videos and call-to-action ...

### How to Use the Cyber Monday Artist Layout Pack to Create a Multi ...
https://www.elegantthemes.com/.../how-use-the-cyber-monday-artist-layout-pack-to-c... ▾
Dec 1, 2017 - The interface of the **Multi-Step Form** plugin is very user-friendly. ... Step 3: Complete Titles, **Headlines** & Descriptions of Each Step. Then, start ...

### Why Your Landing Pages are Hurting Your Form Conversions
https://www.gravityforms.com › Blog › Blog ▾
Feb 19, 2018 - While you're personalizing your **headlines** and landing page copy, you ... **multi-step form** that asked specific questions about project needs, ...

### List – The FormKeep Blog
https://blog.formkeep.com/category/list/ ▾
In one case, they found that the **multi-step form** actually performed better. So which choice is ..... As it turns out, it's not about big, bold **headlines** or catchy CTAs.

Searches related to "multi step form" "headlines"

landing page examples 2018          paper form design best practices

form design 2018                     form design 2017

best landing pages 2018              best landing pages examples

form design examples                 campaign landing page examples

1   2   3   4   5   6   7   8   9   10          Next

91941, La Mesa, CA - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# SCHEDULE 2
# DOCUMENT 21

# Win a ₹10,000 Amazon Giftcard!

Please register to enter for a chance

**First Name:**

**Last Name:**

**Mobile Number**

**Flat, House no., Building, Company, Apartment**

**Area, Colony, Street, Sector, Village**

**Postal Code:**

**Landmark e.g. near apollo hospital**

**Address**

Enter a location

**Location**

**Formatted Address**

# SCHEDULE 2
# DOCUMENT 22



Color blocked website toggles

Sign in

All    Shopping    Images    Videos    News    More              Settings    Tools

About 40,800,000 results (0.58 seconds)

### Building Inclusive Toggle Buttons — Smashing Magazine
https://www.smashingmagazine.com/2017/09/building-inclusive-toggle-buttons/
Sep 19, 2017 - **Toggle** buttons are one of the simpler design patterns out there, ... make the richer, stateful experiences of **web** applications inclusive. .... So, our basic **toggle** button styles should probably inherit from the button element **block**: ... The aria- pressed false button has a red background **color** and the aria-pressed ...

### How To Create a Toggle Switch - W3Schools
https://www.w3schools.com/howto/howto_css_switch.asp
Well organized and easy to understand **Web** building tutorials with lots of examples of how to ... Learn how to create a "**toggle** switch" (on/off button) with CSS.

### Images for Color blocked website toggles



→ More images for Color blocked website toggles                    Report images

### Button UX Design: Best Practices, Types and States – UX Planet
https://uxplanet.org/button-ux-design-best-practices-types-and-states-647cf4ae0fc6
Mar 15, 2016 - **BlockedUnblock** Follow ... Use shape and **color** to make the element look like a button. ... Icons are appropriate for **toggle** buttons that allow a single choice to be ... AirBnB **website** has ghost buttons for action "Become a Host".

### UX Design: Checkbox and Toggle in Forms – UX Planet
https://uxplanet.org/checkbox-and-toggle-in-forms-f0de6086ac41
Jun 21, 2016 - by Nick Babich. Checkboxes come with labels. Switches support two simple, diametrically opposed choices. **Toggles** are commonly used as the light switches. Checkbox control in selected and unselected states. **Toggle** control in selected and unselected states. iOS7/8 **Toggle** button.

### Buttons · Bootstrap
https://getbootstrap.com/docs/4.0/components/buttons/
Using **color** to add meaning only provides a visual indication, which will not be ... Create **block** level buttons—those that span the full width of a parent—by adding . btn-**block** . ... Add data-**toggle**="button" to **toggle** a button's active state. If you're ...

### Toggles – Avada Classic - Avada Theme
https://avada.theme-fusion.com/accordion-toggles/
Oct 15, 2018 - **Toggles** are perfect for adding multiple sections of varied content to your **website**, and actively selecting which to show or hide at any time.

### Toggle-Switch Guidelines - Nielsen Norman Group
https://www.nngroup.com/articles/toggle-switch-guidelines/
Jul 29, 2018 - **Color** is an important visual signifier for **toggles** and there are two things to ... As you review the use of **toggles** on your **site** or app, evaluate the ...
Missing: ~~blocked~~ | Must include: **blocked**

### Use Boxed Text Content Blocks - MailChimp
https://mailchimp.com/help/use-boxed-text-content-blocks/
Learn how to use Mailchimp's Boxed Text content **blocks** to add text, links, ... set different background **colors** behind your text in each Boxed Text **block**, and more. ... like a **website** or word-processing

program, use either the Paste as plain-text or ... If you set the Boxed Text **block** to two columns, **toggle** between the Column 1 ...

### Content Boxes Shortcodes - Optimizer WP

https://optimizerwp.com/documentation/content-boxes-shortcodes/ ▾

background_image – Image **url** of the section ... background – Background **color** of the **block** ... Click on Shortcodes -> Content Boxes -> **Toggle**; Write **Toggle** title and **Toggle** contentTips: The **toggle** sections, ... title – Title of the **toggled** content ...

Searches related to Color blocked website toggles

| | |
|---|---|
| **bootstrap toggle switch** | **css toggle switch with text** |
| **bootstrap 4 toggle switch** | **toggle button accessibility** |
| **toggle button** | **jquery toggle switch** |
| **bootstrap toggle switch with text** | **bootstrap 4 switch button** |

1  2  3  4  5  6  7  8  9  10     Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# SCHEDULE 2
# DOCUMENT 23



| coupon borders on opt ins | 🔍 |

Sign in

All   News   Images   Shopping   Videos   More      Settings   Tools

About 2,590,000 results (0.38 seconds)

### How to Create a Popup Coupon that Boosts Sales - OptinMonster
https://optinmonster.com/how-to-create-a-popup-coupon-that-boosts-sales/ ▾
Jan 17, 2019 - In this tutorial, you'll learn how to boost sales with a **coupon** popup. ... You can do all other things too, like add an image, overlay color, or a **border**. ... like send visitors to a different page once they **opt in**, you'll need to change ...

### 22 OptinMonster Hacks to Boost Your Conversions
https://optinmonster.com/optinmonster-hacks-to-boost-your-conversions/ ▾
In this post, we'll share 22 OptinMonster hacks that you can use to boost your conversions. ... Increase Conversions on Your Popular Pages; Boost **Optins** by 5X with ..... Or, if you have an eCommerce site, you could offer a **coupon** code. .... We also changed the footer color and the footer **border** color to match our image.

### The Art & Science of Creating Effective Email Opt-In Forms ...
https://www.freshaddress.com/.../the-art-science-of-creating-effective-email-opt-in-for... ▾
... a typo **in** their email address, they won't get the $5 **coupon** they want," Austin says. ... country's laws and those that affect your customers beyond your **borders**.

### 3 Creative Ways to Get More Email Opt-Ins
https://www.getelastic.com › Ecommerce Platform ▾
Oct 23, 2013 - Email **opt-in** lists are highly valuable to online marketers, but too often ... Presenting a **coupon** box in checkout is a trigger for customers to hit ...
Missing: ~~borders~~ | Must include: **borders**

### 5 Steps To Optimize Your Double Opt-In Email (For Ecommerce)
https://acquireconvert.com/double-opt-in-email/ ▾
Apr 9, 2019 - If you're looking for a bullet proof double **opt-in** email sequence that .... page, and were offered a **discount**, you might be compelled to **opt-in**. .... The blue call to action is made more prominent by the surrounding darker **border**.

### The Most Popular Opt-in Offer Used by Retailers to Get More Email ...
https://ecommercetrainingacademy.com/coupon-offer-get-more-email-subscribers/ ▾
Jul 8, 2017 - Grow your email list by offering website shoppers an **opt-in** offer they ... email subscribers is to give shoppers an **opt-in** promotional **coupon** ...
Missing: ~~borders~~ | Must include: **borders**

### 8 Opt-In Offers Your Visitors Can't Refuse - Entrepreneur
https://www.entrepreneur.com/article/165874 ▾
Aug 31, 2006 - Look beyond newsletters in your online marketing efforts to find ... The following **opt-in** offers don't require much writing at all: 4. ... A contest to win an item (or a **coupon** for a percentage off an item) related to your product.
Missing: ~~borders~~ | Must include: **borders**

### Elementor Popups Tutorial - Popups for Login Forms, Opt-in Forms ...
https://www.youtube.com/watch?v=xeFkhhshvvk ▾

Jan 9, 2019 - Uploaded by WPCrafter.com WordPress For Non-Techies
In this video tutorial, I will show you the new popup feature in Elementor ... for Login Forms, **Opt-in** Forms ...
▶ 27:43

### How to Use a Facebook Squeeze Page to Capture Email Addresses
https://instapage.com/blog/how-to-create-a-squeeze-page-on-facebook ▾
Dec 28, 2018 - You encourage visitors to **opt-in** to an email or subscriber list to .... Here's a mock squeeze page we created for a **discount** travel company:.
Missing: ~~borders~~ | Must include: **borders**

Bloom Email Opt-In Plugin For WordPress - Elegant Themes
https://www.elegantthemes.com/plugins/bloom/

Bloom. eMail **Opt-In** And Lead Generation Plugin For WordPress .... Select from Bloom's different **border** styles and choose which edges to apply them too.

Opt In | Opt In
Ad www.info.com/Opt+In

Search **Opt In**. Look Up Results on Info.com

## Searches related to coupon borders on opt ins

| | |
|---|---|
| **woocommerce** coupon **popup** | **optinmonster** coupon |
| coupon **popup wordpress** | **optinmonster monthly plan** |
| **optinmonster** | opt **in monster free trial** |
| opt **in monster login** | **wordpress voucher** |

1  2  3  4  5  6  7  8  9  10     Next

**91941, La Mesa, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# SCHEDULE 2
# DOCUMENT 24

1. Go to https://www.leadid.com/ and click "LOGIN" in the top right corner
2. Login
3. From the top menu, click "Campaigns"
4. On the next screen, find the entry for "SimplySweeps" and click the "Get Code" option:



5. Scroll down to the section titled "TCPA Disclosure Labels". The code for the "non-interaction opt-in" is in the right hand column:





LLC. The General Court of Justice Superior Court Division; File No.: 15-CVS-1236. **Trademark Damages**, Expert report, 2018

Leandro Sorice vs. Trendy Butler, Inc. and Ali Najafian; Superior Court for the State of California County of Los Angeles; Case No. BC635770. **Copyright Damages**, Expert report, 2018

Colonel David Randolph Scott vs. Citizen Watch Company of America, Inc. (successor to Bulova Corporation); Sterling Jewelers, Inc., dba Kay Jewelers; USDC Northern District of California San Jose Division; Case No. 17-cv-00436-NC. **Right of Publicity**, Expert report, Deposition, 2018

Ghostbed, Inc.; and Werner Media Partners, LLC d/b/a/ Nature's Sleep, LLC v. Casper Sleep, Inc.; Philip Krim; Red Antler, LLC; and ICS Inc.; Case No. 0:15-cv-62571. **Google Ads, SEO Analysis, Internet Website Traffic Investigation**, Expert Reports, Deposition, 2018

Heron Development Corporation vs. Vacation Tours, Inc. d/b/a Vacation Store of Miami, Media Insight Group, Inc., d/b/a Media Insight Group, Rosanna M. Mendez and George A. Alvarez; USDC Southern District of Florida Miami Division; Case No. 1:16-cv-20683-Moreno/O'Sullivan.  **Website, SEO Analysis, Internet Impressions, Visits and Damages**, Expert Report, 2017

Entrepreneur Media, Inc. v. Scott Smith; Domains by Proxy, LLC; GoDaddy.com, LLC and Karen Mix; Case No. CGC 13 530730. **Domain Name Value**, Expert Report, 2017

Jukin Media, Inc. v. QWorldstar, Inc. d/b/a Worldstar, Worldstar Hip Hop, Worldstar Candy; Case No. 2:16-cv-6800-JFW; USDC Central District of California. **Copyright & Trademark Damages**, Expert Report, 2017

Aardwolf Industries, LLC v. Abaco Machines USA, Inc. Ausavina Co. LTD, et. al.; Case No. 2:16-cv-01968-GW-JEM; Central District of California. **Domain Name and SEO Analysis Investigation**, Expert Report & Deposition, 2017

Winston Smith v. Chapter 4 Corp., "Supreme"; Blackrock Creative Management Company and DEAD KENNEDYS; USDC Central District of California, Case No.  2:16-cv-03910-GW-AS. **Copyright Apportionment Damages**, Expert Report & Deposition, 2017

Andre Khazraei vs. Christopher Brown, CBE Merchandising LLC, CBE Apparel LLC, Konfuzed LLC, Maxima Operating X LLC; USDC Central District of California, Case No. 2:16-cv-02341 SJO (JCx). **Trademark, Licensing & Social Media Analysis**, Expert Report & Mediation Testimony, 2017

IDX System Technology, Inc. vs. Timothy Arasheben dba Cinoflex; TM Camera Solutions, LLC; Superior Court of the State of California for the County of Los Angeles, Case No. BC610537. **Defamation Damages**, Expert Consulting, 2017

Uncommon, LLC vs. Spigen, Inc.; USDC Northern District of Illinois Eastern Division, Case No. 15-cv-10897. **Trademark Damages, Website Analysis**, Expert Report & deposition, 2016

The Julia Child Foundation for Gastronomy and the Culinary Arts v. Airbnb, Inc., Superior Court of the State of California for the County of Santa Barbara, Case No. 16CV02626. **Right of Publicity & SEO Analysis**, Expert Report & Mediation Testimony, 2016

# SCHEDULE 2
# DOCUMENT 25



**GoDaddy.com, LLC**
**14455 N. Hayden Rd.**
**Suite 219**
**Scottsdale, AZ 85260**
**(480) 505-8877**

# Receipt

Date: Nov 20, 2018 5:05 PM

Receipt #: 1401441458
Customer #: 73039033

**Bill To:**

Nicholas Fiorentino
The Performance Agency

10525 Vista Sorrento Pkwy Suite 310
San Diego, CA 92121
United States
+1.6194587071

**Payment Information:**
Nicholas Fiorentino

Visa ############9435
**Paid**: $20.17

# Items

## Auctions Expired Domain
simplysweeps.com

Item Number: 738
Quantity: 1
Term: 1

List Price: $5.00
Purchase Price: $5.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $5.00
Tax: $0.00
Total: $5.00

## .COM Domain Renewal

simplysweeps.com

Item Number: 19010
Quantity: 1
Term: 1

List Price: $14.99
Purchase Price: $14.99
ICANN Fee: $0.18
Discount: $0.00
Subtotal: $15.17
Tax: $0.00
Total: $15.17

Subtotal: $19.99
Fees: $0.18
Taxes: $0.00

**Total: $20.17** USD

# SCHEDULE 2
# DOCUMENT 26

| Commit | Author | Timestamp | Commit De | Files Chang | Insertions | Deletions |
|---|---|---|---|---|---|---|
| 4dd9b30 | Mike Everh | Thu, 30 Jur | Added Use | 4 files char | 186 inserti | 1 deletion(-) |
| 784ba89 | Mike Everh | Tue, 14 Jur | Implement | 15 files cha | 707 inserti | 41 deletions(-) |
| 70bec6c | Mike Everh | Mon, 13 Ju | Grab the co | 1 file chan; | 1 insertion | 1 deletion(-) |
| 44c6599 | Mike Everh | Mon, 13 Ju | Change cor | 1 file chan; | 2 insertion | 2 deletions(-) |
| 49017ff | Mike Everh | Mon, 13 Ju | Implement | 7 files char | 67 insertio | 8 deletions(-) |
| cae6126 | Mike Everh | Sat, 11 Jun | Add HTTPS | 12 files cha | 167 inserti | 63 deletions(-) |
| 7800b7f | Mike Everh | Sat, 11 Jun | Fixed bug c | 1 file chan; | 3 insertion | 3 deletions(-) |
| d9566c6 | Mike Everh | Fri, 10 Jun : | Add Javasc | 17 files cha | 450 inserti | 141 deletions(-) |
| 462d1c5 | Mike Everh | Thu, 9 Jun : | Fixed Leadl | 1 file chan; | 30 insertio | 37 deletions(-) |
| 0 | Mike Everh | Thu, 9 Jun : | Added com | 1 file chan; | 23 insertio | 5 deletions(-) |
| 1a60ad3 | Mike Everh | Thu, 9 Jun : | Added Pakl | 1 file chan; | 2 insertion | 1 deletion(-) |
| d261ac9 | Mike Everh | Thu, 9 Jun : | Only post F | 1 file chan; | 25 insertio | 22 deletions(-) |
| c974e99 | Mike Everh | Thu, 9 Jun : | Added Leac | 2 files char | 56 insertions(+) | |
| 8308dc5 | Mike Everh | Thu, 9 Jun : | Fix issue wi | 2 files char | 21 insertio | 7 deletions(-) |
| fa9913e | Mike Everh | Wed, 8 Jun | Add tag for | 1 file chan; | 3 insertions(+) | |
| 055dda9 | Mike Everh | Wed, 8 Jun | Intergrate l | 4 files char | 282 inserti | 2 deletions(-) |
| ed46083 | Mike Everh | Mon, 6 Jun | Rename Tr | 4 files char | 6 insertion | 6 deletions(-) |
| 28751ba | Mike Everh | Mon, 6 Jun | Add CareFr | 2 files char | 185 insertions(+) | |
| 079fa62 | Mike Everh | Mon, 6 Jun | Fix lead tag | 3 files char | 45 insertio | 1 deletion(-) |
| 16a9a40 | Mike Everh | Fri, 3 Jun 2( | Add click tr | 18 files cha | 492 inserti | 31 deletions(-) |
| ca21f9f | Mike Everh | Thu, 2 Jun : | Add option | 2 files char | 22 insertio | 6 deletions(-) |
| f75e826 | Mike Everh | Thu, 2 Jun : | Fix CareFre | 3 files char | 50 insertio | 19 deletions(-) |
| a124ff0 | Mike Everh | Wed, 1 Jun | Add lead_fi | 1 file chan; | 7 insertion | 2 deletions(-) |
| 06dad61 | Mike Everh | Wed, 1 Jun | Update Pos | 2 files char | 89 insertio | 3 deletions(-) |
| a9c59a0 | Mike Everh | Wed, 1 Jun | Command : | 2 files char | 7 insertion | 17 deletions(-) |
| d2a3a8f | Mike Everh | Mon, 30 M | Add setting | 3 files char | 12 insertio | 8 deletions(-) |
| f419a0e | Mike Everh | Wed, 25 M | Fix artifici | 2 files char | 8 insertion | 4 deletions(-) |
| 2456a31 | Mike Everh | Wed, 25 M | Correct lea | 5 files char | 29 insertio | 12 deletions(-) |
| 6408295 | Mike Everh | Wed, 25 M | Add campa | 13 files cha | 252 inserti | 23 deletions(-) |
| 7b7be77 | Mike Everh | Wed, 25 M | Create Con | 2 files char | 81 insertions(+) | |
| 2077742 | Mike Everh | Wed, 25 M | Add age to | 3 files char | 5 insertion | 1 deletion(-) |
| 4090ac2 | Mike Everh | Tue, 24 Ma | Remove tri | 1 file chan; | 6 insertion | 4 deletions(-) |
| 96f7cdb | Mike Everh | Tue, 24 Ma | Resync lead | 1 file chan; | 3 insertions(+) | |
| 02ca6b8 | Mike Everh | Tue, 24 Ma | Update bui | 1 file chan; | 41 insertions(+) | |
| f6eb917 | Mike Everh | Tue, 24 Ma | Tag leads (i | 1 file chan; | 12 insertio | 4 deletions(-) |
| 8fb4951 | Mike Everh | Tue, 24 Ma | add source | 3 files char | 23 insertio | 3 deletions(-) |
| 83da574 | Mike Everh | Tue, 24 Ma | Add source | 16 files cha | 7720 inser | 90 deletions(-) |
| e9ab934 | Mike Everh | Sun, 22 Ma | Minor char | 5 files char | 18 insertio | 7 deletions(-) |
| d6a6ca7 | Mike Everh | Fri, 20 May | Change API | 3 files char | 13 insertio | 5 deletions(-) |
| 24c6de0 | Mike Everh | Fri, 20 May | Log API rep | 3 files char | 11 insertio | 6 deletions(-) |
| b749ae8 | Mike Everh | Fri, 20 May | Add phone | 3 files char | 78 insertio | 13 deletions(-) |
| fab6b36 | Mike Everh | Fri, 20 May | Fix repeatir | 2 files char | 3 insertion | 1 deletion(-) |
| ce19978 | Mike Everh | Fri, 20 May | Fix issue wl | 5 files char | 32 insertio | 18 deletions(-) |
| 8a98150 | Mike Everh | Fri, 20 May | Fix routing | 1 file chan; | 3 insertion | 3 deletions(-) |
| 034f0ed | Mike Everh | Fri, 20 May | Fix missing | 1 file chan; | 1 insertion | 1 deletion(-) |
| 7f09500 | Mike Everh | Thu, 19 Ma | Add ability | 7 files char | 214 inserti | 30 deletions(-) |

| | | | | | |
|---|---|---|---|---|---|
| 9f2517d | Mike Everh | Thu, 19 Ma | Fix missing | 1 file chan | 5 insertion | 3 deletions(-) |
| 853b133 | Mike Everh | Thu, 19 Ma | Add ability | 8 files char | 114 inserti | 13 deletions(-) |
| 748231b | Mike Everh | Thu, 19 Ma | Fix lead tag | 5 files char | 37 insertio | 12 deletions(-) |
| 42dfb00 | Mike Everh | Thu, 19 Ma | Make repo | 13 files cha | 117 inserti | 64 deletions(-) |
| d6b35cb | Mike Everh | Thu, 19 Ma | Make versi | 7 files char | 117 inserti | 22 deletions(-) |
| ed6d014 | Mike Everh | Thu, 19 Ma | Make lead | 9 files char | 66 insertio | 44 deletions(-) |
| 0fad8b2 | Mike Everh | Thu, 19 Ma | Add hook t | 8 files char | 472 inserti | 2 deletions(-) |
| f127285 | Mike Everh | Thu, 19 Ma | Minor style | 4 files char | 101 inserti | 26 deletions(-) |
| aa493fc | Mike Everh | Thu, 19 Ma | Queue ema | 1 file chan | 9 insertion | 6 deletions(-) |
| b8dcb31 | Mike Everh | Thu, 19 Ma | fix slimscro | 3 files char | 16 insertio | 10 deletions(-) |
| 45aa1fc | Mike Everh | Wed, 18 M | Add gende | 8 files char | 147 inserti | 23 deletions(-) |
| e0cc9dd | Mike Everh | Wed, 18 M | Update lea | 8 files char | 346 inserti | 119 deletions(-) |
| cd5b2ed | Mike Everh | Wed, 18 M | Add lead_i | 4 files char | 40 insertio | 1 deletion(-) |
| 84b416e | Mike Everh | Tue, 17 Ma | Fix WYSIW' | 3 files char | 9 insertion | 25 deletions(-) |
| 13e8244 | Mike Everh | Tue, 17 Ma | Update .git | 1 file chan | 2 insertion | 3 deletions(-) |
| 247dc39 | Mike Everh | Tue, 17 Ma | Delete all l | 4 files char | 97 insertio | 3 deletions(-) |
| b62931d | Mike Everh | Tue, 17 Ma | Add lead ta | 20 files cha | 687 inserti | 211 deletions(-) |
| b342a47 | Mike Everh | Tue, 17 Ma | Add ability | 14 files cha | 497 inserti | 6 deletions(-) |
| aaffc04 | Mike Everh | Mon, 16 M | Remove pa | 1 file chan | 5 deletions(-) | |
| 90ebf4a | Mike Everh | Mon, 16 M | Add ability | 8 files char | 36 insertio | 10 deletions(-) |
| a599abf | Mike Everh | Sun, 15 Ma | Sort leads I | 1 file chan | 1 insertion | 1 deletion(-) |
| a0f8cdc | Mike Everh | Fri, 13 May | Add check | 12 files cha | 186 inserti | 41 deletions(-) |
| 410573b | Mike Everh | Fri, 13 May | Fixed times | 6 files char | 19 insertio | 8 deletions(-) |
| 76d7e04 | Mike Everh | Fri, 13 May | Add report | 4 files char | 43 insertio | 11 deletions(-) |
| 0ebe989 | Mike Everh | Fri, 13 May | Added que | 6 files char | 184 inserti | 48 deletions(-) |
| b2dcf93 | Mike Everh | Fri, 13 May | Add report | 15 files cha | 760 inserti | 216 deletions(-) |
| 28ca766 | Mike Everh | Fri, 13 May | Add lead re | 5 files char | 143 inserti | 18 deletions(-) |
| a777d0e | Mike Everh | Fri, 13 May | Added cons | 5 files char | 213 inserti | 1 deletion(-) |
| 68e5483 | Mike Everh | Thu, 12 Ma | Fix redirect | 3 files char | 10 insertio | 13 deletions(-) |
| 1270173 | Mike Everh | Thu, 12 Ma | Fix DOB bu | 1 file chan | 4 insertion | 4 deletions(-) |
| 4334ba5 | Mike Everh | Thu, 12 Ma | Add softde | 8 files char | 43 insertio | 3 deletions(-) |
| d6ccd51 | Mike Everh | Thu, 12 Ma | Paginate si | 8 files char | 42 insertio | 20 deletions(-) |
| 94effe5 | Mike Everh | Wed, 11 M | Add mome | 21 files cha | 117 inserti | 23 deletions(-) |
| 6be33bb | Mike Everh | Wed, 11 M | Add timezc | 5 files char | 63 insertio | 1 deletion(-) |
| 4ef28a4 | Mike Everh | Wed, 11 M | Add Profile | 9 files char | 4311 inser | 3 deletions(-) |
| c83a69a | Mike Everh | Wed, 11 M | Add ability | 4 files char | 54 insertions(+) | |
| f07ac43 | Mike Everh | Wed, 11 M | Add links tc | 5 files char | 38 insertio | 29 deletions(-) |
| 605439e | Mike Everh | Wed, 11 M | Add API Lo | 8 files char | 170 inserti | 12 deletions(-) |
| 2556658 | Mike Everh | Wed, 11 M | Add recent | 5 files char | 90 insertio | 5 deletions(-) |
| 7218ee5 | Mike Everh | Wed, 11 M | Reduce pac | 3 files char | 13 insertio | 163 deletions(-) |
| 531c085 | Mike Everh | Wed, 11 M | Add status | 5 files char | 25 insertio | 9 deletions(-) |
| 8b86429 | Mike Everh | Wed, 11 M | Fix incorrec | 1 file chan | 1 insertion | 1 deletion(-) |
| 2951253 | Mike Everh | Wed, 11 M | Fix campaig | 1 file chan | 1 insertion | 1 deletion(-) |
| a83de72 | Mike Everh | Wed, 11 M | Add active | 2 files char | 4 insertion | 2 deletions(-) |
| d8069e6 | Mike Everh | Wed, 11 M | Fix dashbo: | 10 files cha | 91 insertio | 61 deletions(-) |
| e94a2c8 | Mike Everh | Wed, 11 M | Add a Hook | 9 files char | 441 inserti | 8 deletions(-) |
| a69eb9c | Mike Everh | Mon, 9 Ma | Add api me | 18 files cha | 555 inserti | 43 deletions(-) |

| 572531b | Mike Everh | Mon, 9 Ma | Updates da | 12 files cha | 166 inserti | 105 deletions(-) |
|---|---|---|---|---|---|---|
| 820444 | Mike Everh | Mon, 9 Ma | Implment u | 6 files char | 99 insertio | 47 deletions(-) |
| ea239e3 | Mike Everh | Fri, 6 May : | Add revenu | 8 files char | 84 insertio | 8 deletions(-) |
| 1251917 | Mike Everh | Thu, 5 May | Add WYSIW | 16 files cha | 7319 inser | 33 deletions(-) |
| 2bf7f97 | Mike Everh | Thu, 5 May | Fixes bug w | 3 files char | 48 insertio | 9 deletions(-) |
| 4482a43 | Mike Everh | Wed, 4 Ma | add tokens | 6 files char | 132 inserti | 40 deletions(-) |
| 1dfd5f8 | Mike Everh | Tue, 26 Apr | Make IP th | 1 file chan | 17 insertio | 10 deletions(-) |
| 9ac3028 | Mike Everh | Tue, 26 Apr | Add lead ar | 24 files cha | 1001 inser | 86 deletions(-) |
| 48ee712 | Mike Everh | Sat, 23 Apr | decreases l | 5 files char | 5 insertion | 10 deletions(-) |
| ddf071a | Mike Everh | Sat, 23 Apr | Implement | 10 files cha | 255 inserti | 19 deletions(-) |
| d8d9e96 | Mike Everh | Sat, 23 Apr | Remove un | 22 files cha | 1 insertion | 8703 deletions(-) |
| ce39cc1 | Mike Everh | Sat, 23 Apr | changes for | 4 files char | 34 insertio | 12 deletions(-) |
| 82941aa | Mike Everh | Fri, 22 Apr | Make answ | 19 files cha | 238 inserti | 143 deletions(-) |
| 0ea6a9a | Mike Everh | Fri, 22 Apr | Implement | 4 files char | 103 inserti | 60 deletions(-) |
| 40c9e9d | Mike Everh | Fri, 22 Apr | Implement | 17 files cha | 680 inserti | 80 deletions(-) |
| 013e52d | Mike Everh | Thu, 21 Apr | Add post-re | 1 file chan | 33 insertions(+) | |
| 51874b6 | Mike Everh | Thu, 21 Apr | Remove ca | 5 files char | 32 insertio | 18 deletions(-) |
| 719e689 | Mike Everh | Thu, 21 Apr | remove sto | 9 files char | 1 insertion | 24 deletions(-) |
| 91413c9 | Mike Everh | Thu, 21 Apr | Add new ar | 2 files char | 20 insertions(+) | |
| 5e5fd1e | Mike Everh | Thu, 21 Apr | Implement | 46 files cha | 1558 inser | 55 deletions(-) |
| 68e8808 | Mike Everh | Tue, 19 Apr | pushing to | 6 files char | 9 insertion | 35366 deletions(-) |
| b6b9db8 | Mike Everh | Tue, 19 Apr | Populating | 385 files ch | 94140 insertions(+) | |

# SCHEDULE 3



Pines International, Inc. v. Suja Life, LLC, USDC Southern District of California, Case No. 3:16-cv-00985-GPC-WVG. **Trademark Damages**, Settlement Brief Testimony, 2016

Unicolors, Inc. v. Kohl's Department Stores, Inc.; Fashion Life Inc.; Jes Apparel, L.L.C., USDC Central District of California, Case No. 2:16-cv-00393-RGK-SS. **Copyright Damages**, Expert Report, 2016

Timed Out, Inc. vs. Crazy Horse, Inc., Superior Court of the State of California, County of San Francisco – Civic Center Courthouse, Case No. CGC-15-547904. **Right of Publicity & SEO Analysis**, Expert Report, 2016

Adobe Systems Incorporated v. A&S Electronics, Inc., dba Trustprice; Alan Z. Lin; et. al., USDC Northern District of California Oakland Courthouse, Case No. 4:15-cv-02288-SBA. **Trademark & Copyright Damages**, Expert Report, 2016

Ronald Greenspan, D.D.S. v. Mary Polomares, Randolph F. Alexander, D.D.S., M.S. and Leslie Alexander, Superior Court of the State of California County of San Diego – Central Division, Case No. 37-2014-00029393-CU-DF-CTL. **Defamation & SEO Analysis**, Expert Report & Deposition, 2016

Nina Pham v. Texas Health Resources, Inc., District Court of Dallas County, Texas 68th Judicial District, Cause No. DC-15-02252. **Right of Publicity Damages & SEO Analysis**, Expert Report & Deposition, 2016

Christopher Gordon v. Drape Creative, Inc.; Papyrus-Recycled Greetings, Inc. USDC Central District of California, Case No. CV 15-04905 JFW (PLAx). **Trademark Damages,** Expert Report, 2016

Adobe Systems Incorporated v. David Far, aka Davit Far, doing business as AllMacDirect, USDC Central District of California, Case No. CV15-06192 AB AJW. **Trademark & Copyright Damages**, Expert Report, Deposition, 2016

Mark Spitz v. New Vitality LLC, NAC Marketing Company, Superior Court of California County of Los Angeles, Case No. SC121977. **Right of Publicity Damages & SEO Analysis**, Expert Consulting, 2016

Global Tobacco, LLC vs. R.K. Co., dba Cigar Cartel, USDC Central District of California Western Division, Case No. 2:15-CV-05227. **Trade Dress Damages**, Expert Report, 2016

Ryoo Dental, Inc. v. Thomas D. Han DMD, dba Beach Dental Care, USDC Central District of California, Southern Division, Case No. 8:15-cv-00308-JLS-RNB. **Copyright Damages & SEO Analysis**, Expert Report, 2016

Joel Zimmerman p/k/a "deadmau5" and Ronica Holdings Limited vs. Play Records, Inc., Ontario Superior Court of Justice, Court file No. CV-15-539129. **Trademark & Copyright Damages**, Expert consulting, 2016.

Reese Witherspoon v. Sears Holdings Management and Sears Brands LLC, et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages & SEO Analysis**, Expert Report, 2016

Reese Witherspoon v. LNT Acquisition LLC, et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages**, Expert Report, 2016



Pharrell Williams, et al. v. Bridgeport Music, Inc., et al., Case No. CV13-06004-JAK (AGRx), USDC, Central District of California, Western Division. **Copyright Damages & Social Media Analysis**, Expert Report, Deposition and **Trial Testimony**, 2015

Cynara Busch v. Jakov Dulcich and Sons, LLC, Sunlight International Sales, Inc., Case No. CIV 1404125, Superior Court of the State of California, County of Marin, **Right of Publicity Damages**, Expert Consulting, 2015

Markwins Beauty Products, Inc. v. Krystal Ball Productions, Inc. and Fergie Duhamel, Arbitration, Pasadena, CA. **Right of Publicity Damages**, Expert Report, 2015

Stone Creek, Inc. vs. Omnia Italian Design, Inc., Case No. CV-13-00688-PHX-DLR, USDC, District of Arizona, **Trademark Damages & SEO Analysis**, Expert Report, Deposition and **Trial Testimony**, 2015

Unicolors, Inc. v. Urban Outfitters, Inc., dba Free People; Century 21 Department Stores, LLC, Case No. CV14-1029 SJO (VBK) USDC, Central District of California, **Copyright Damages**, Expert Report and **Trial Testimony**, 2015

Matthew C. Morin v. Cindy Marabito, Case No. RG14747850, California Superior Court, Alameda County. **Defamation Damages**, Expert Consulting, 2015

Richard Guthrie v. Hobby Lobby Stores, Inc., Case No. 1:15-cv-00195-WDQ, United States District Court, District of Maryland. **Copyright Damages**, Expert Consulting, 2015

Scott Ehredt vs. Medieval Knights, LLC, Case No. BC530275, Superior Court for the State of California, County of Los Angeles, **Right of Publicity Damages**, Expert Report, 2015

Radix Textile, Inc. v. Anthropologie, Inc., Case No. CV14-04272-BRO (EX), USDC, Central District of California, **Copyright Damages**, Expert Report, 2015

Unicolors, Inc. v. Urban Outfitters, Inc., dba, Free People, Case No. 2:14-cv-03217-R-AGR, USDC, Central District of California, **Copyright Damages**, Expert Report, 2014

The Pond Guy, Inc. et al. v. Aquascape Designs, Inc., et al., Case No. 2:13-cv-13229-NGE-DRG, USDC, Eastern District of Michigan. **Trademark & SEO Analysis Investigation**, Expert Report, Deposition and **Trial Testimony** 2014

Bruce L. Lamb, dba Lamb Productions U-Tile It Videos v. Floor and Decor Outlets of America, Inc., Case No. 3:13-cv-00390-JAH-BLM, USDC, Southern District of California. **Copyright Damages**, Expert Consulting, 2014

Reese Witherspoon v. Marketing Advantages International, Inc., et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages & SEO Analysis**, Expert Report, 2014

Jason Olive vs. General Nutrition Centers, Inc., Case No. BC482686, Superior Court for the State of California, County of Los Angeles. **Right of Publicity Damages**; Expert Consulting, 2014

Amini Innovation Corporation vs. McFerran Home Furnishings, Inc., Case No. CV13-06496-RSWL(SSx), USDC, Central District of California. **Trade Dress and Copyright Damages**, Expert Report, 2014

One Beacon Insurance Company v. National Casualty Company, Case No. CV 06342-550-JC, USDC, Central District of California. **Copyright Damages**; Expert Opinion, 2014

Star Fabrics, Inc. vs. <u>Joyce Leslie, Inc., N.Y. Invasion Inc., Myletex International, Inc.,</u> Case No. 13-CV-02771-CAS, USDC, Central District of California – Western Division. **Copyright Damages**; Expert Report, 2014

<u>Cengage Learning, Inc., et al.,</u> United States Bankruptcy Court Eastern District of New York. **Copyright Damages**; Expert Opinion and Rebuttal Opinion regarding valuation of higher education textbook copyrights on behalf of the Second Lien Indenture Trustee in Chapter 11 bankruptcy cases, 2014

The Julia Child Foundation for Gastronomy and the Culinary Arts v. <u>DGWB Advertising and Communications</u>, Case No. 8:12-CV-1402SJO, USDC, Central District of California.  **Right of Publicity Damages & SEO Analysis**; Expert Report and Deposition, 2013

United Fabrics International, Inc. vs. <u>G-III Apparel Group, LTD; dba Wilsons Leather; Mcklein Company, LLC,</u> USDC, Central District of California.  **Copyright Damages**; Expert Report, 2013

David Wolfe, v. <u>Sunfood, LLC,</u> et al.; Case No. 37-2011-00066729-CU-CO-CTL, Superior Court of the State of California for the County of San Diego.  **Right of Publicity Damages**; Deposition, 2013

<u>Brady Industries, LLC</u> v. Waxie's Enterprises, Inc., 2:12-cv-00777-PMP-VCF, USDC, District of Nevada. **Copyright Damages and SEO Analysis**; Expert Report and Deposition, 2013

<u>Rawlings Sporting Goods Company, Inc.,</u> v. Wilson Sporting Goods, 4:12-cv-01204-01204, USDC, Eastern District of Missouri. **Trademark Damages**; Expert Opinion, 2013

Rebel Media, No Good Entertainment v. <u>Jay Vir, No Good Digital</u>; CV12-04602-R-JC, USDC, Central District of California, Western Division.  **Trademark Damages & YouTube SEO Analysis Investigation**; Expert Opinion, 2013

Marona Photography, Inc. v. <u>Los Altos Boots, Wild West Boots</u>.  12-CV-00163-WYD-MJW, USDC, District of Colorado. **Copyright Damages**; Expert Report, 2012

Ricky D. Ross v. <u>William Leonard Roberts, II</u>; CV10-4528-PA (RZx), The USDC, Central District of California, Western Division – Los Angeles.  **Right of Publicity Damages**; Rebuttal Opinion, 2012

L.A. Printex Industries, Inc. v. <u>Macy's Retail Holdings, Inc., et al</u>.; CV09-3978 DSF (AJWx), USDC, Central District of California.  **Copyright Damages;** Expert Report, 2011

<u>John Frederick Dryer, et al.</u> v. National Football League; 0:09-cv-02182-PAM-AJB, USDC, District of Minnesota. **Right of Publicity Damages**; Expert Opinion, 2009

**EDUCATION & CERTIFICATION**

**Google Analytics Individual Qualification** (GAIQ); 2017

**Certified Licensing Professional** (CLP); 2011

**San Diego State University**; Masters, Television, Film, New Media Production; 2000

**San Francisco State University**; Bachelor of Arts, Cinema; 1997

**Doug Bania**  Page 6

| | |
|---|---|
| **EMPLOYMENT EXPERIENCE** | **Nevium Intellectual Property Solutions;** San Diego, CA; 2012 – present<br>Founding Principal: Provide IP strategy, licensing, valuation and expert services |
| | **CONSOR Intellectual Asset Management;** La Jolla, CA; 2002 – 2012<br>Principal: Managed client & firm relations and provided expert witness services |
| | **Independent Film Producer;** Los Angeles, CA; 2000 – 2003<br>Producer for two award winning short films:  Boundaries and Passing Through. |
| **ASSOCIATIONS & MEMBERSHIPS** | Licensing Executives Society (LES)<br>International Trademark Association (INTA)<br>International Trademark Association (INTA) Internet Committee (2016 -2019 terms)<br>ICANN Compliance and Domain Name Industry Subcommittee (2016 -2019 terms)<br>American Bar Association (ABA), Section of Intellectual Property Law<br>American Bar Association (ABA), Copyright & Social Media Committee |

**PUBLICATIONS & PRESENTATIONS**

"Internet Tools for Intellectual Property Analysis" presented as a webinar for the Certified Patent Valuation Analyst certification, 2019

"Investigating Online IP Infringement and Calculating Damages for Internet Related Disputes" presented at the University of San Diego School of Law, 2019

"Nevium: Influencer Marketing Meets Intellectual Property" Forbes, 2019

"Calculating the Value of Influencer Marketing and Impact of Infringement" Attorney at Law Magazine, 2019

"Building Cannabis IP Includes Both Your Brand and Your Technology" Entrepreneur, 2019

"Can Trademark Infringement Be a Victimless Crime? The Stone Creek v. Omnia Case" International Journal of Law and Public Administration, Redfame Publishing Inc., 2018

"Apportionment Models: Valuing the Contribution of Intangible Property and Assets in Disputes" A Special Series Webinar on New Economic Damages Guide.  Business Valuation Resources (BVR), 2018

"Using Internet Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2018

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2018

The Florida Bar Business Law Section, 9th Annual Intellectual Property Symposium. Panel on the Blurred Lines trial – Speaking as the copyright damages and apportionment expert. St. Pete Beach, FL, April 2018

 "Proving Infringement in Online Trademark Disputes" Luncheon Table Topic at the 140th Annual International Trademark Association (INTA) Meeting, Seattle, WA May 2018

"Building Brands and Maximizing Value" Workshop Session presented at the Licensing Executive Society (LES) 2017 Spring Meeting entitled Stronger Economies Through Licensing, Washington, DC, May 2017



"Blurred Lines – Music Industry Damage Calculations" Panel Session presented at SXSW, Austin, TX, March 2017

"Non-Traditional Marks and the Traditional Practice" Luncheon Table Topic for the International Trademark Association (INTA), San Diego, CA, February 2017

The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in Calculating Economic Damages in Intellectual Property Infringement Cases book by Business Valuation Resources (BVR), October 2016

"Misuses of IP Over the Internet: Searching for Value." Business Valuation Resources (BVR) Special Series Webinar: The Comprehensive Guide to Economic Damages, July 2016

"The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Lost Profits and Other Commercial Damages book by Business Valuation Resources (BVR), May 2016

"Brand Valuation and Techniques" presented at the Conference on Brand Valuation; University of New Hampshire School of Law and The Franklin Pierce Center for Intellectual Property. Concord, New Hampshire, April 2016

"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation." NACVA Webinar Series, April 2016

"Brand Due Diligence: Tools and Techniques for Supporting Successful Brand Driven Transactions" Luncheon Table Topic at the International Trademark Association (INTA) Annual Meeting, Orlando, FL, May 2016

"Employing Internet and Social Media Analytical Tools in Valuation and Damages Calculations" Featured Presenter at the NACVA and the CTI's 2016 Annual Conference. San Diego, CA, June 2016

"Apportioning Copyright Damages: The Case of Blurred Lines" published in the Journal of Intellectual Property Law and Practice, Vol. 10, No. 12, November 2015

"Intellectual Property Valuation: Methodologies and Case Studies" presented at the American Society of Appraisers (ASA), San Diego Chapter monthly meeting, San Diego, 2015

"Blurred Lines or Fuzzy Math: How Did They Come Up with $7.3 Million or was it $5.3 Million? – Damage Calculations in the Music Industry, New York State Bar – Entertainment Business Law Seminar in Association with CMJ Music Marathon, New York, 2015

"Internet Analytic Tools for Brand Valuation, Damages and Defamation" Luncheon Table Topic at the International Trademark Association (INTA) 2015 Annual Meeting, San Diego, CA

"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation" presented at the NACVA and the CTI's 2015 Annual Conference, June 2015

"How to Calculate Damages for Internet and Social Media Infringement" presented at the 36th Annual BAA/PMA Marketing Law Conference, 2014

"Calculating Damages from Internet IP Infringement and Defamation" presented at the Internet Law Leadership Summit, 2014

"Estimating and Managing the Economic Impact of Brand Disparagement" published in the World Trademark Review, 2014

**Doug Bania**   Page 8   

"SFIA Legal Task Force Series: Intellectual Property Litigation & Valuation" presented to the Sports & Fitness Industry Association members, 2013

"Copyright Valuation and Damages: Different Tools for Different Challenges" presented to The State Bar of California, Intellectual Property Law Section, 2013

"Key Concepts in Intellectual Property Valuation" presented to various law firms, 2012

"Intellectual Property Valuation," presented to various law firms, 2011

"Valuing Your Brand for Sale or Securitization", presented to LIMA members, 2011

"Valuing the Intangible: Where to Start? The Full Family of Intellectual Property and Other Intangibles," CLE presented to various law firms, 2010

"Valuation, Licensing, Damages and Expert Witnesses," CLE presented to various law firms, 2009

"Brand Leverage and Valuation" presented to various corporations, 2008

"Deceptive Product Endorsement: Unauthorized Use of a Celebrity's Name and Likeness," published in Total Licensing Magazine, 2006