Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC; TIBRIO, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NICHOLAS FIORENTINO, an individual; SABIHA TUDESCO, an individual; INTERNET THINGS, LLC; SIMPLY SWEEPS, LLC; CREDIREADY, LLC; TWO MINUTE MEDIA TOPICS, LLC; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 19cv0458-JLS-NLS<br><br>**DECLARATION OF CHRISTOPHER S. MORRIS IN SUPPORT OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES**<br><br>Date:　　August 15, 2019<br>Time:　　1:30 p.m.<br>Dept:　　4D<br>Judge:　　Hon. Janis L. Sammartino |

1

I, Christopher S. Morris, declare as follows:

1. I am an attorney licensed to practice in the State of California and am the Founder and Owner of Morris Law Firm, APC, and counsel of record for ZeetoGroup, LLC and Tibrio, LLC. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. I have close to 30 years of experience as an attorney in San Diego and currently bill at a rate of $400 per hour which is reasonable for an attorney doing litigation in San Diego with 30 years of experience.

3. I spent eight (8) hours researching case law, interviewing witnesses, and drafting the Motion for Preliminary Injunction.

4. I spent four (4) hours conducting legal research, speaking with my client to understand our position, and drafting of the Reply to Defendants' Opposition.

5. I spent four (6) hours preparing and attending the hearing on the Preliminary Injunction.

6. I spent two (2) hours discussing the order with Defendants and drafting the Request for Clarification due to Defendants opposition of the order.

7. I anticipate spending another three (3) hours preparing for the hearing on this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8. Therefore, 23 hours were spent and are anticipated to be spent, conducting research, conducting interviews, and drafting the Motion for Preliminary Injunction, the Reply, and this Motion for Clarification. Therefore, a total of $12,400 was spent by my client in drafting and defending the motion. These fees are reasonable for this motion and the dense subject matter.

I declare under penalty of perjury, under the law of the United States of America, that the foregoing is true and correct. Executed this 13th day of June, 2019, in San Diego, California.

s/ Christopher S. Morris
Christopher S. Morris