UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC; TIBRIO, LLC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NICHOLAS FIORENTINO, an individual; SABIHA TUDESCO, an individual; INTERNET THINGS, LLC; SIMPLY SWEEPS, LLC; CREDIREADY, LLC; TWO MINUTE MEDIA TOPICS, LLC; and DOES 1-100, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 19-CV-458 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 102) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss Matter with Prejudice (ECF No. 102). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its

///

///

///

///

///

1

1  entirety, with each Party to bear its own costs and attorney's fees.  The Clerk of Court will
2  close the file.
3  **IT IS SO ORDERED.**
4  Dated:  December 30, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge